1  ALLEN HYMAN, ESQ. (CBN: 73371)
   LAW OFFICES OF ALLEN HYMAN
2  10737 Riverside Drive
   North Hollywood, California 91602
3  Tel. (818) 763-6289 or (323) 877-3405
   Fax: (818) 763-4676
4  Email: lawoffah@aol.com

5  Attorneys for Plaintiff,
   MORADA MUSIC, LLC
6

7

8                  UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10

11  MORADA MUSIC, LLC, a          ) CASE NO.
    California limited liability  )  **CV11-07676 MMM(MANx)**
12  company,                      )
                                  ) COMPLAINT FOR:
13             Plaintiff,         )
                                  ) **(1) LIBEL; and**
14  vs.                           )
                                  ) **(2) TRADE LIBEL**
15  JAMIE TATE, an individual,    )
                                  ) **(JURY TRIAL DEMANDED)**
16             Defendant.         )
    _____)
17

18        Plaintiff, Morada Music, LLC ("MORADA") for its complaint

19  against defendant Jamie Tate ("TATE"), alleges as follows:

20                             I.

21            **FIRST CLAIM FOR RELIEF FOR LIBEL**

22            **(AGAINST DEFENDANT JAMIE TATE)**

23              **JURISDICTION AND VENUE**

24        1.   This Court has diversity jurisdiction, pursuant to

25  28 U.S.C. §1332(a)(1) in that the "... matter in controversy

26  exceeds the sum or value of $75,000, exclusive of interest and

27  costs, and is between citizens of different States."  The sole

28  ///

1  manager of Plaintiff MORADA, Marshall Blonstein, is a citizen of

2  the State of California.  Defendant TATE is a citizen of the State

3  of Tennessee.

4       2.  Pursuant to 28 U.S.C. 1391(a)(2), venue is

5  appropriate in the Central District of California in that a

6  "... substantial amount of the events or omissions giving rise to

7  the claim occurred within the Central District of California."

### THE PARTIES

9       3.  Plaintiff Morada Music, LLC ("MORADA") is a

10  California limited liability company, located at 79 East Daily

11  Drive, #507, Camarillo, California 93010.

12       4.  Defendant Jamie Tate ("TATE") is an individual, who

13  is a citizen of Nashville, Tennessee.

### SUMMARY

15       5.  Plaintiff MORADA is a record and video company

16  located in Ventura, California.  MORADA markets and sells its audio

17  products under "MORADA" or "AUDIO FIDELITY."  Since its inception

18  in 2001, and continuing to the present, MORADA/AUDIO FIDELITY

19  ("M/AF") through its label, M/AF, has produced for sale one hundred

20  (100) very high quality audio compact discs and vinyl recordings.

21       6.  Attached as Exhibit No. 1, is a listing of M/AF

22  products presently offered for sale, identified on the MORADA

23  website.  The MORADA product list includes such recordings as:

24  "Simon and Garfunkel," "Alice Cooper," "Rod Stewart," and others.

25       7.  Attached as Exhibit No. 2 is a listing of previously

26  released M/AF products.

27       8.  MORADA sells and markets its M/AF audio products, to

28  among others, knowledgeable audio purchasers.  The MORADA M/AF

1   product includes: (1) "Super Audio Compact discs," (that is a dual

2   layer compact discs); (2) traditional compact discs; (3) "24 karat

3   gold" compact discs; and (4) 180 gram vinyl (high end vinyl).

4   Remastering.

5                                      **REMASTERING**

6         9.    During the 1950s to the 1980s, sound recordings were

7   created by taping on an analogue tape.  With the 1980's advent of

8   digital recordings, recording sessions would be recorded by digital

9   transfer.

10         10.   The initial recording session tapes are then mixed

11   to what are identified as analogue or, in the 1980s and thereafter,

12   digital "masters."

13         11.   Upon the completion of the initial mixing, a

14   recording engineer and the record producer will take the "master"

15   and render artistic decisions in creating the recording to be

16   manufactured and sold.

17         12.   Now, years after the creation of the masters,

18   plaintiff MORADA will obtain from the record company a copy of the

19   "master," or source copy, sometimes analogue, sometimes digital,

20   and MORADA sound engineers will create their version of a recording

21   previously released.

22         13.   The MORADA creation of a recording, by the re-

23   mastering process, is both an artistic and a technical process that

24   requires hours of decisions and considerations as to how to present

25   the recordings.  In essence, MORADA by and through its sound

26   engineers, is creating MORADA's version of the recording.

27         14.   M/AF therefore creates "new" recordings from an

28   analogue or digital pre-existing source.

15.   MORADA's audio engineers are Steven Hoffman ("HOFFMAN") and Kevin Gray ("GRAY"), two (2) of the more prominent, well recognized and award winning mastering engineers in the record industry.

16.   HOFFMAN and GRAY have a long established reputation in the audio file community for outstanding mastering, creating a "new" version of an audio work from pre-existing source material.

17.   The U.S. Copyright office, as does copyright jurisprudence recognize entitlement to a copyright in the re-mastering and/or re-digitization of preexisting audio works.

**AUDIO FIDELITY'S REMASTERING PROCEDURE**

18.   MORADA uses the highest level of playback instruments and equipment.

19.   MORADA's sound engineers expend many hours to review and analyze the source material.  The source tapes are analyzed for different sound qualities, extensively reviewed, and re-analyzed.

20.   MORADA then uses the most sophisticated equipment to undertake the re-master, with the engineer expending numerous hours and expense on each recording, to create the richest and fullest most balanced sound.

21.   MORADA's sound engineers provide artistic modifications to tonality, dynamics, and refurbish the sonic qualities to attempt to bring the sound quality to the highest quality level.

**THE IMPORTANCE OF THE MORADA RE-MASTERING PROCESS**

22.   MORADA's product is the "newly" mastered, M/AF compact disc.  MORADA is marketing, selling and offering for sale,

---

**COMPLAINT**

1  MORADA's version, M/AF's mastering of the source material, as a

2  preferred, improved, sound achieved by AUDIO's mastering process.

3          23.  Defendant TATE's publications, which falsely assert

4  a lack of "integrity," or which falsely assert "incompetency" by

5  MORADA in MORADA's mastering process, is directed to the very

6  essence of what  MORADA's promotes and indicates MORADA is

7  providing to the public.

8                          **MORADA'S FAVORABLE REVIEWS**

9          24.  From the inception of MORADA in 2001, to the

10 present, for ten (10) years, MORADA's M/AF digital recordings have

11 received continuous and numerous favorable reviews.

12         25.  "Neufutur Magazine," February 1, 2011 "Stevie

13 Wonder-Fulfillingness, First Finale" (Gold CD) (Ex. No. 3) states:

14             "However, Audio Fidelity's release of this
               slept-on Wonder classic has no additional
15             tracks or other aural (or visual) goo-gahs.
               Rather, <u>what the company has done here has</u>
16             <u>provided listeners with the most clear and</u>
               <u>crisp recording of a Wonder album that I have</u>
17             <u>ever heard</u>." (*Emphasis added.*)

18         26.  "Tone Audio Magazine" (Ex. No. 4), February 17,

19 2010, Audio Fidelity Judas Priest, "Hell Bent for Leather," states:

20             "However the AF (Audio Fidelity) <u>release is an</u>
               <u>overall winner, because there is a lot less</u>
21             <u>compression and muddiness to the midrange on</u>
               <u>the originals</u>, and I'll give up some air to
22             hear both of those lead guitars blazing
               distinctly in the remaster." (*Emphasis added.*)
23
           27.  News Source, August 12, 2009 (Ex. No. 5) "Alice
24
   Cooper: School's Out," states:
25
               "<u>There is no denying that the procedure and</u>
26             <u>tech used to enhance the original is a</u>
               <u>beneficial one as the songs on this reissue of</u>
27             <u>Schools' Out delivers a clarifying experience</u>
               <u>that makes it more than a joy to revisit.</u>"
28             (*Emphasis added.*)

28. News Source, "Alice Cooper: Killer," (Ex. No. 6) November 24, 2009, states:

> "This 24Kt gold CD is a must-own for any Cooper collector or fan....  It's incredibly well-manufactured minus all the dynamic-killing compression common to new re-masters of albums." (*Emphasis added*.)

29. July 28, 2009, Chicago Sun Times review of "Deep Purple," "In Rock (24kt Gold Reissue)" (Ex. No. 7) states:

> "This album is especially powerful in every way and the remaster highlights ever nuance with precision.  My hat is off again to Audio Fidelity for turning a classic album into pure audio gold." (*Emphasis added*.)

30. "BC Music Review," June 28, 2011 (Ex. No.8), "Grateful Dead," states:

> "Marshall Blonstein's Audio fidelity imprint has just released two beautiful reissues on LP from the Grateful Dead Catalog." (*Emphasis added*.)

**STEVE HOFFMAN'S AUDIO FIDELITY WEBSITE FORUMS**

31. As alleged, from 2002 to the present, one of MORADA' mastering engineers has been Steve Hoffman ("HOFFMAN").  During the period 2002 to the present HOFFMAN has established and owns one of the most well attended and respected Internet audio digital forums, the "STEVE HOFFMAN TV MUSIC FORUM,"("HOFFMAN FORUM") where persons provide opinions, observations and comments on different audio companies and their products (Ex. No. 9).

32. As of July 29, 2011, there had been over 281 million visits to the HOFFMAN FORUM (Ex. No. 9).  The HOFFMAN forum receives over one million visits per week.

///

///

---

**COMPLAINT**

-6-

### DEFENDANT TATE'S BANISHMENT FROM THE HOFFMAN FORUM

33.   During the period of time 2001 to 2010, defendant TATE, who identifies himself as an audio recording engineer, would often post comments on the HOFFMAN FORUM.

34.   Defendant TATE used eight (8) e-mail identities on the HOFFMAN FORUM, and seven (7) aliases with the identical e-mail addresses under the names: (1) Jamie Tate 68.53.117.59; (2) Joe Schmengidy 68.53.117.59; (3) Mrs. Rukkus 68.53.117.59; (4) Jim Bloor 68.53.117.59; (5) Hats Domino 69.138.58.17; (6) The Gooch; (7) Mr Gibson; and (8) "Red Sprites," also with 69.138.158.17.

35.   As a result of what were considered defendant TATE"s improper postings, commencing in April, 2010, HOFFMAN (the owner of the HOFFMAN (internet) FORUM had TATE, and, thereafter, TATE's aliases, banned from the HOFFMAN FORUM (Ex. No. 9).

36.   On August 16, 2002, TATE first joined the HOFFMAN FORUM under TATE's own name.  TATE's last post on the HOFFMAN FORUM as TATE was April 14, 2010.  On April 17, 2010, HOFFMAN banned TATE from further participation and postings under TATE's name on the HOFFMAN FORUM, the most recognized largest participation Internet audio forum.

37.   After the April 17, 2010 ban, HOFFMAN then subsequently banned TATE, when TATE attempted to post on the HOFFMAN FORUM under TATE's aliases.

(a)   TATE, aka "Hats Domino," joined the HOFFMAN FORUM on April 22, 2010.  HOFFMAN banned TATE as "Hats Domino" on April 22, 2010.

///

///

---

1          (b)   TATE, aka "Jim Bloor," joined the HOFFMAN FORUM on

2    October 2, 2009.  HOFFMAN banned TATE as Jim Bloor on the HOFFMAN

3    Forum on <u>July 17, 2010</u>.

4          (c)   TATE, aka "The Gooch," joined the HOFFMAN FORUM on

5    August 12, 2010.  HOFFMAN banned TATE as "The Gooch" on

6    <u>December 27, 2010</u>.

7          (d)   TATE, aka "Mr. Gibson," joined the HOFFMAN FORUM on

8    July 17, 2010.  HOFFMAN banned TATE as "Mr. Gibson" on <u>July 22,</u>

9    <u>2010.</u>

10         (e)   TATE, aka "Joe Schmengidy," joined the HOFFMAN FORUM

11   on January 30, 2003, but used the alias sparingly.  In 2011, TATE

12   again commended using "Joe Schmengidy" on the HOFFMAN FORUM.  On

13   <u>July 19, 2011,</u>  HOFFMAN banned TATE as "Joe Schmengidy."

14         (f)   TATE, aka "Mrs. Rukkus," joined the HOFFMAN FORUM on

15   February 16, 2005, but used the alias sparingly. In 2011, TATE

16   again commenced using  "Mrs. Rukkus'" on the HOFFMAN FORUM. On

17   <u>July 20, 2011</u> HOFFMAN banned TATE as "Mrs. Rukkus."

18   **<u>JAMIE TATE'S CONDUCT AFTER BEING BANNED FROM THE HOFFMAN FORUM</u>**

19         38.   After the April, 2010 TATE ban from the HOFFMAN

20   FORUM, commencing in April, 2010 and continuing to the present,

21   TATE, either identified as defendant TATE or as one or more of

22   TATE's aliases, commenced to post a series of libelous (false)

23   statements directed at the honesty, integrity, and competence of

24   AUDIO FIDELITY's mastering and re-mastering procedures.  TATE also

25   posted a series of libelous statements as to the quality and the

26   process to achieve that quality as to MORADA's recordings.

27         39.   MORADA first sets forth TATE's statements and then

28   alleges MORADA's interpretation of the TATE statements, the

---

**COMPLAINT**

1  innuendo, and MORADA then alleges facts demonstrating that the

2  readers of TATE's libelous statements would understand (the

3  statements) as defamatory (the inducement).

4      40.  MORADA pleads in the alternative libel per se, or

5  libel per quod, and provides allegations of "innuendo," and

6  "inducement," should the court find that TATE's libel is not libel

7  per se.

8      41.  From April, 2010 to the date of this complaint, TATE

9  published and re-published TATE's libel as to MORADA in several

10 national and international forums: (1)AMAZON.COM; (2) IMWAN; and

11 (3) SPEAKEASY FORUM, among others.

12      (a)  On May 17, 2010 (Ex. No. 10), referencing M/AF:

13      DEFENDANT TATE: "... <u>They were given the old
        Columbia CD from the 1980s to use as their</u>
14      <u>source.  I made a discovery about its origins</u>
        <u>and thought it was important to share</u>. ...The
15      song 'Homeward Bound' fades in on this CD
        unlike the recent Sundazed LP made using the
16      true original analog masters." (*Emphasis
        added.*)

17

18      (1)  TATE had no basis for his statement, which was

19 false.  TATE did not know the source of the M/AF recording, which

   was not, as TATE stated, the Columbia CD from the 1980s.  Sony
20
   provided to M/AF the identical source provided by Sony to Sundazed.
21
22      (b)  On October 31, 2010 (Ex. No. 11), in reference to

23 MORADA's Phil Collins 2010 gold CD being announced for release on

   November 30, 2010:
24
        DEFENDANT TATE: "<u>Yet another flat transfer from</u>
25      <u>AF</u>.  Don't we already have a flat transfer of
        this album on CD?  Yeah, I thought so."
26      (*Emphasis added.*)

27 ///

28

---

1           (1)   TATE's innuendo is that MORADA's sound

2  engineers do not undertake extensive technical and artistic effort

3  in creating the MORADA product, and TATE'S innuendo is that all

4  that occurred in creating the MORADA audio product is that a person

5  took a source of and simply transferred the sound from an existing

6  source to a new source without undertaking any technical or

7  artistic effort.

8           (2)   The term "flat transfer" implies that there was

9  nothing undertaken by MORADA other then the simple act of re-

10  recording a presently existing sound without undertaking any

11  artistic or mechanical effort to improve the sound.  The M/AF

12  transfer was from an analogue or digital source, and required

13  considerable artistic decisions as well as sonic tonality

14  adjustments, using years of mastering experience to create the new

15  master.

16           (c)   On November 2, 2010 (Ex. No. 12), in reference to

17  MORADA's "52nd Street":

18           (d)   November 1, 2010 as to M/AF:

19           DEFENDANT TATE: "You can't just play a tape and
              hope a pure signal path will outperform the
20           work of a skilled mastering engineer.  <u>A murky
              tape will always sound bad without proper
21           mastering</u>." (*Emphasis added.*)

22           (1)   The TATE innuendo is that MORADA's engineers do

23  nothing other than simply play a source into a converter to create

24  a new master without undertaking any effort to "master" the sound.

25  TATE's innuendo is that MORADA's engineers are incompetent.  TATE's

26  innuendo is that MORADA is misleading its customers by MORADA

27  promoting and advertising the quality of MORADA's mastering and

28

---

**COMPLAINT**

sound engineering, when, according to TATE, MORADA undertakes no master sound engineering in creating MORADA's audio products.

        (2)   The TATE statement is false, in that none of the alleged deficiencies exist, and the innuendo is that MORADA's audio master engineers are incompetent.

        (e)   November 6, 2010 as to M/AF (Ex. No. 13):

> DEFENDANT TATE: "So, <u>if a mastering engineer just does a flat transfer without any further processing why doesn't the mix engineer get credit for mastering?</u>  Why is the mastering engineer's name now on the back cover artwork instead of the guy who recorded it?  <u>Is the guy who did absolutely nothing to the sound more important than the guy who was responsible for the recording...</u>" (*Emphasis added.*)
> (Ex. No. 12)

        (1)   The TATE innuendo is that MORADA's audio mastering engineers do "absolutely nothing," that MORADA "simply" "plugs in a machine," and the sound is transferred automatically from the source tape to the "new" M/AF recording.  To the contrary, MORADA's sound engineers will spend many hours studying the source tapes, identifying the sounds and adjustments they might make, and will spend considerable time making adjustments to levels of sounds in the source tapes to create a high quality recording.  The TATE innuendo is that MORADA "lacks integrity" and "lacks competency" in MORADA's mastering process, and that MORADA is falsely representing that it is attempting to provide a high quality re-mastered sound.

        (2)   TATE identifies the MORADA's engineer: "...the guy who did absolutely nothing."

        (f)   December 2, 2010 (Ex. No. 14) as to M/AF:

> DEFENDANT TATE: "More homeopathic mastering from Steve Hoffman."

---

1   "<u>They unhooked all the gear in the mastering
2   studio</u> so there's no EQ compression or level
    adjustments...Nada!" (*Emphasis added.*) (Ex.
3   No. 14)

4   DEFENDANT TATE: "The back of the CD should
    read, '<u>Flat transfer done by Stephen Marsh was
5   supervised by Steven Hoffman</u>'." (*Emphasis
    added.*)

6           (1)   With this often TATE-repeated statement,

7   "unhooked all the gear in the mastering studio," TATE intends to

8   indicate falsely that MORADA does not undertake a mastering process

9   in the creation of MORADA's product, and that MORADA is being

10  "dishonest" in promoting its product as a professionally re-

11  mastered product.

12          (g)   December 2, 2010, as to M/AF "One Man Dog" (Gold CD)

13  (Ex. No. 15):

14  DEFENDANT TATE:   "The explanation on Steve's
    personal website said he 'did extensive pre-
15  mastering homework perfecting my technique for
    the sound of my version of the album.' His
16  Version? WTF HE DIDN'T DO ANYTHING!!!"

17  DEFENDANT TATE: "<u>How does bypassing all the
    gear in the mastering studio and plugging a
18  tape machine directly into a digital recorder</u>
    allow him to take any type of ownership for
19  this album?" (*Emphasis added.*) (Ex. No. 15)

20  DEFENDANT TATE: "<u>How else would the remastering
    engineer get away with simply playing the tape
21  straight into Pro Tools without any
    processing</u>?"   (*Emphasis added.*)
22  (Ex. No. 15)

23          (1)   MORADA does not use, and has not used the audio

24  program "Pro Tools," which is a program of limited sophistication.

25  TATE's innuendo is that MORADA only uses's "Pro Tools," a program

26  anyone can purchase, which is not used for professional re-

27  mastering.   TATE's innuendo is that MORADA is being "dishonest"

28  with its buyers, and that MORADA lacks integrity in MORADA's

1    business where MORADA is representing it is undertaking all efforts

2    to create a very high quality sound.

3              (2)    The innuendo is that MORADA, by using HOFFMAN

4    as MORADA's sound engineer, "bypassed all the gear in the mastering

5    studio...," that the MORADA audio engineer did "nothing whatsoever"

6    to master the recording sold by MORADA.   TATE's statement suggests

7    MORADA is being dishonest about the creation of its product, and

8    lacks integrity.

9              (h)   December 2, 2010 as to AF "Face Value" (Ex. No. 16):

10             DEFENDANT TATE: "Hugh Padgham is a great
                recording engineer. Want to now how good he is?
11              He recorded and mixed this album with such
                precision and expertise the remastering
12              engineer who was supposed to remaster this $30
                gold CD decided there was no need to do
13              anything except push play and transfer (what I
                assume to be) a dub of the master tape into
14              another digital recording."

15             DEFENDANT TATE: "They unhooked all the gear in
                the mastering studio so there's no EQ,
16              compression or level adjustments NADA!... I'm a
                bit dismayed why Audio Fidelity keeps paying
17              thousands of dollars for a mastering engineer
                to do nothing more than play a tape into
18              digital converters.  In the business we call
                that making a safety dub, not mastering."
19              (Emphasis added.)

20             (1)    TATE re-publishes the libel, which is,

21   "...there is no need to do anything but push play and transfer...,"

22   implying no effort by MORADA in the mastering process.

23             (i)   December 2, 2010, Amazon.com (Ex. No. 17):

24             DEFENDANT TATE: "Now that we know all you have
                to do to get mastering credit is push a play
25              button, we should compile the names of people
                who play this CD so we can have a complete list
26              of people who should be credited for mastering
                this CD. (Emphasis added.) (Ex. No. 17)
27
               DEFENDANT TATE: "The majority of the AF's
28              recent and upcoming releases are flat transfers

---

**COMPLAINT**
-13-

1    of tape copies." (I don't now of any actual
     master tapes being used in quite a while now
2    except for James Taylor)." (*Emphasis added.*)

3    DEFENDANT TATE: "It's cool to hear a tape copy
     of the master tape played straight into Pro
4    Tools even if its sounds almost identical to
     the old Atlantic Target and European CDs you
5    probably already own." (*Emphasis added.*) (Ex.
     No. 17)

6

7         (1)   TATE's often repeated statement, "...master

8    tape played straight into Pro Tools...," is intended to imply that

9    MORADA undertakes no effort in its "mastering," that MORADA "lacks

10   integrity in its mastering efforts," and MORADA misleads its

11   customers.  MORADA never used "Pro Tools," which is not used for

12   professional re-mastering.

13        (j)   February 4, 2011 (Ex. No. 18) as to Audio Fidelity

14   2011 Gold CD:

15   DEFENDANT TATE: "...that's if he does anything
     beyond flat transfers anymore." (*Emphasis
16   added.*)

17        (k)   June 17, 2011, as to MORADA (Ex. No. 19):

18   DEFENDANT TATE: "Audio Fidelity is home to the
     flat transfer mastering." (*Emphasis added.*)
19
     DEFENDANT TATE: "I find it funny how they
20   prominently display the mastering engineer's
     name on the back cover even though he didn't do
21   anything."

22   DEFENDANT TATE: "I guess at some point his name
     became a brand and they use it as advertisement
23   even though Stephen Marsh is doing what little
     work there is to be done with a flat transfer."
24

25              **TATE'S LIBEL AS TO PLAINTIFF MORADA**

26   42.   California Civil Code §45 identifies libel as:

27   "...a false and unprivileged publication by
     writing... which exposes any person to hatred,
28   contempt, ridicule, or obloquy, or which causes

**COMPLAINT**
-14-

1  him to be shunned or avoided, or which has a
   tendency to injure him in his reputation."
2

3  43.  Civil Code §45 (a), Libel on its face, provides:

4  "A libel which is defamatory of the plaintiff
   without the necessity of explanatory matter,
   such as an inducement, innuendo or other
5  extrinsic fact is said to be a libel on its
   face."
6

7  44.  In California, "a corporation's right and redress

8  against defamation is well established." Vegod Corp. v. American

9  Broadcasting Companies Inc., 25 Cal. 3d 763, at 770, 160 Cal.Rptr.

10 97, 603 P. 2d 14 (1979).

11  "At least in this case governed by California
    substantive law, there is no distinction
12  between the protectable interests in reputation
    of corporations, and the former as much as the
13  later may recover special, general and punitive
    damages." (Citations) Vegod Corp., supra, at
14  770.

15 45.  "A corporation can be libeled by statements which

16 injure its business reputation." Barnes-Hind Inc., v. Superior

17 Court, 181 Cal.App. 3d 377, 381 (1986)  "It is possible to commit

18 libel per se in the course of business competition." Barnes-Hind,

19 supra, at 381 (citing to) Roseberg v. J. C. Penny Co., 30 Cal.App

20 2d 609, 619-622 (1939).

21 46.  Jurisprudence as to libel of a business provides a

22 distinction between two (2) types of statements as to business

23 entities:

24  (1)  "Statements made to goods or products....";

25  and

26  (2)  "Statements ... which impute to him (the
    business) in connection with the sale of such
27  goods, fraud, dishonesty or questionable
    business methods...." Barnes Barnes-Hind Inc.
28  v. Superior Court, 181 Cal.App. 3d 377, 385,

**COMPLAINT**
-15-

1        (that is directed to the business's '...
        dishonesty lack of integrity or
2        incompetence...').″  Polygram, supra, at 550.
        (*Emphasis added.*)

3

4        47.  Plaintiff MORADA alleges California Civil Code §45

5  libel against TATE resulting from TATE's statements which assert or

6  imply MORADA's "dishonesty," "lack of integrity," or

7  "incompetence," or which imply that MORADA uses "questionable

8  business methods" in the creation of its audio products. Barnes-

9  Hind, Inc., supra at 386.

10        48.  MORADA alleges libel per se or, in the alternative,

11  libel per quod.

12        49.  Plaintiff MORADA asserts that TATE's publications

13  are libel per se, and that MORADA need not plead or prove special

14  damages.

15        50.  In the alternative, MORADA alleges special damages

16  as defined by California Civil Code §48(a).  As a result of the

17  TATE's libel, MORADA:

18        "... [H]as 'suffered pecuniary loss in its
        business' as a manufacturer and distributor of
19        audio recordings in that plaintiff [MORADA] has
        lost customers and there has been a sharp
20        decline in the number of new customers which
        would normally be expected to purchase
21        [MORADA's] products [sufficient allegation of
        "special damages" for libel], O'Hara v. Storer
22        Communications Inc., 231 Cal.App 3d 1101, at
        1112 (1991)).

23

24        51.  MORADA as well alleges that MORADA has been damaged

25  by the wrongful acts of TATE.

26        52.  Certain of TATE's libelous comments are directed to

27  MORADA's audio product in which MORADA's audio engineer was Kevin

28  Gray ("GRAY").

---

**COMPLAINT**

53.   GRAY has mastered over seven hundred (700) audiophile titles for both MORADA and other entities, including: (a) Music Matters; (b) Acoustic Sounds, (c) Analogue Productions, (d) IMPEXS Records, (e) Friday Music and (f) APO Analogue Productions.

54.   An indication of TATE's malicious intent, and in support of MORADA's claim of libel, and trade libel, is found in the fact that though TATE has consistently published libelous statements as to MORADA's audio product mastered by audio engineer GRAY, TATE has not appeared to have published adverse comments as to audio engineer GRAY's mastering for other companies.

55.   MORADA further alleges that the libel of TATE was malicious, made with the intent to harm, and was continuous and ongoing, and MORADA seeks an award of punitive damages.  Evidence of intent to harm is found in TATE's website identified as "Not Steve Hoffman," which include libelous statements as to MORADA and HOFFMAN.

56.   MORADA/AUDIO FIDELITY respectfully requests that the Court enter a preliminary and permanent injunction enjoining defendant TATE from publishing further false statements as to the AUDIO FIDELITY re-mastering.

## II.

### SECOND CLAIM FOR RELIEF FOR TRADE LIBEL

### (AGAINST JAMIE TATE)

57.   Plaintiff MORADA reincorporates its allegations of Paragraphs Nos. 1 through 56 as if fully set forth in this paragraph.

///

58.   Plaintiff alleges that TATE published, re-published, and continues to re-publish, numerous disparaging and derogatory comments as to the quality of MORADA's audio products, which are not true.   Defendant TATE's publications of adverse, libelous statements of MORADA's audio products constitute trade libel, and/or product disparagement.

59.   Defendant TATE has published false statements as to the quality of MORADA's audio products, harmful to the interests of MORADA, intending the publication of the TATE statements to result in harm to MORADA, in which TATE knew that the statements made by TATE were false, or TATE acted in reckless disregard of its truth or falsity.

60.   MORADA "... has suffered pecuniary loss in its business" as a manufacturer and distributor of audio recordings in that plaintiff MORADA has lost customers and there has been a sharp decline in the number of new domestic and international customers which would normally be expected to purchase MORADA's products (sufficient allegation of "special damages," for libel), O'Hara v. Storer Communications Inc., 231 Cal.App 3d 1101, at 1112 (1991)).

61.   MORADA has been damaged by the acts of TATE.

62.   The acts of TATE were intentional, willful, and made with the intent to harm.   MORADA is entitled to punitive damages.

WHEREFORE, MORADA prays for:

1.   Injunctive Relief precluding defendant TATE from undertaking to engage in libelous acts as to MORADA, asserting that MORADA has acted falsely, asserting false statements as to MORADA's product and remastering process;

///

1           2.    For damages;

2           3.    For special damages;

3           4.    For punitive damages;

4           5.    For attorneys' fees;

5           6.    For costs of suit; and

6           7.    For other relief that the Court deems just and

7 proper.

8

9 Dated: September 14, 2011     Respectfully submitted:

10                      LAW OFFICES OF ALLEN HYMAN

11

12                By:  _____

13                      Allen Hyman, Esq.
Attorneys for Plaintiff, MORADA
MUSIC, LLC

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1                **DEMAND FOR JURY TRIAL**

2         Pursuant to F.R.C.P. Rule 38, PLAINTIFFS request a trial

3 by jury.

4                            Respectfully Submitted,

5                            LAW OFFICES OF ALLEN HYMAN

6

7 DATED: September 14, 2011    By:                         

                                     Allen Hyman, Esq.

8                                Attorneys for Plaintiff, MORADA

                               MUSIC, LLC

9

## SALES ORDER FORM - AUDIO FIDELITY/MORADA MUSIC

79 E. Daily Dr, #507, Camarillo, CA 93010     WEBSITE: www.audiofidelity.net
Tel: (805) 445-6464     Email: orders@audiofidelity.net              FAX AN ORDER TO: (805) 445-6455

| Bill to: | Ship to: |
|---|---|
| Address: | Address: |
| | |
| City/State/Zip: | City/State/Zip: |
| Tel/Fax: | Tel/Fax: |
| VISA/MC No.: | **Total Cost (include shipping):** |
| Expiration Date:_____ 3 Digit # on card back_____ | *Add $3.00 per SACD ($5.00 DVD/$5.50 3 DVD Set, $10.00 LP)* |
| Signature: | *for 1st item & .50 an item ($1.00 DVD/LP) after that.* |
| **Canada/Int'l call or email for shipping fees** | **GOLD CD's $5.00 Priority Mail up to 2 CD's** |

### AUDIO FIDELITY

| | | | | | | |
|---|---|---|---|---|---|---|
| | AFZ 007 | Tommy Turrentine | TOMMY TURRENTINE | SACD | 24.99 | 6 43157 20072 7 |
| | AFZ 014 | Reggae in High-Fi | VARIOUS | SACD | 24.99 | 7 80014 20142 5 |
| | AFZ 017 | Deep Purple Live On The BBC | DEEP PURPLE | SACD | 24.99 | 7 80014 20172 2 |
| | AFZ023 | The Italians, The Next Generation | VARIOUS | **CD/DVD** | 14.98 | 7 80014 20232 3 |
| | AFZ027 | Who Do We Think We Are | DEEP PURPLE | 24K GOLD CD | 24.99 | 7 80014 20272 9 |
| | AFZ029 | Music For Lonely Housewives | VARIOUS | CD | 12.98 | 7 80014 20292 7 |
| | AFZ030 | California Blues Redux **2 DISC SET** | SPIRIT | **2 CD SET** | 14.95 | 7 80014 30302 0 |
| | AFZ035 | School's Out | ALICE COOPER | 24K GOLD CD | 24.99 | 7 80014 20352 8 |
| | AFZ037 | Morrison Hotel | THE DOORS | 24K GOLD CD | 24.99 | 7 80014 20372 6 |
| | AFZ038 | Soft Parade | THE DOORS | 24K GOLD CD | 24.99 | 7 80014 20382 5 |
| | AFZ048 | Killer | ALICE COOPER | 24K GOLD CD | 24.99 | 7 80014 20482 2 |
| | AFZ052 | The Pretenders | PRETENDERS | 24K GOLD CD | 24.99 | 7 80014 20522 5 |
| | AFZ054 | Second Helping | LYNYRD SKYNYRD | 24K GOLD CD | 24.99 | 7 80014 20542 3 |
| | AFZ056 | Blues Breakers | JOHN MAYALL/ERIC CLAPTON | 24K GOLD CD | 24.99 | 7 80014 20562 1 |
| | AFZ057 | Love It To Death | ALICE COOPER | 24K GOLD CD | 24.99 | 7 80014 20572 0 |
| | AFZ058 | Never A Dull Moment | ROD STEWART | 24K GOLD CD | **26.99** | 7 80014 20582 9 |
| | AFZ059 | The Smoker You Drink, The Player You Get | JOE WALSH | 24K GOLD CD | 24.99 | 7 80014 20592 8 |
| | AFZ063 | 90125 | YES | 24K GOLD CD | 24.99 | 7 80014 20632 1 |
| | AFZ065 | Machine Head | DEEP PURPLE | 24K GOLD CD | 24.99 | 7 80014 20652 9 |
| | AFZ067 | Grand Illusion | STYX | 24K GOLD CD | 24.99 | 7 80014 20672 7 |
| | AFZ068 | Asia | ASIA | 24K GOLD CD | 24.99 | 7 80014 20682 6 |
| | AFZ070 | 12 Songs | RANDY NEWMAN | 24K GOLD CD | 24.99 | 7 80014 20702 1 |
| | AFZ076 | Talking Book | STEVIE WONDER | 24K GOLD CD | **29.99** | 7 80014 20762 5 |
| | AFZ077 | Cosmic Thing | B-52's | 24K GOLD CD | 24.99 | 7 80014 20772 4 |
| | AFZ084 | Face Value | PHIL COLLINS | 24K GOLD CD | 24.99 | 7 80014 20842 4 |
| | AFZ085 | Time And Love | LAURA NYRO | 24K GOLD CD | 24.99 | 7 80014 20852 3 |
| | AFZ092 | Glass Houses | BILLY JOEL | 24K GOLD CD | 24.99 | 7 80014 20922 3 |
| | AFZ095 | 52nd Street | BILLY JOEL | 24K GOLD CD | 24.99 | 7 80014 20952 0 |
| | AFZ2 096 | Songs In The Key Of Life **(2-CD SET)** | STEVIE WONDER | 24K GOLD CD | **54.99** | 7 80014 20962 9 |
| | AFZ098 | Fireball | DEEP PURPLE | 24K GOLD CD | 24.99 | 7 80014 20982 7 |
| | AFZ100 | Music Of My Mind | STEVIE WONDER | 24K GOLD CD | **29.99** | 7 80014 21002 1 |
| | AFZ101 | One Dog Man | JAMES TAYLOR | 24K GOLD CD | 24.99 | 7 80014 21012 0 |
| | AFZ102 | No Jacket Required | PHIL COLLINS | 24K GOLD CD | 24.99 | 7 80014 21022 9 |
| | AFZ108 | Fulfillingness' First Finale | STEVIE WONDER | 24K GOLD CD | **29.99** | 7 80014 21082 3 |
| | AFZ109 | Walking Man | JAMES TAYLOR | 24K GOLD CD | 24.99 | 7 80014 21092 2 |
| | AFZ110 | Younger Than Yesterday | THE BYRDS | 24K GOLD CD | 24.99 | 7 80014 21102 8 |
| | AFZ112 | A Space In Time | TEN YEARS AFTER | 24K GOLD CD | 24.99 | 7 80014 21122 6 |
| | AFZ114 | No Secrets | CARLY SIMON | 24K GOLD CD | 24.99 | 7 80014 21142 4 |
| | AFZ116 | Roll The Bones | RUSH | 24K GOLD CD | **29.99** | 7 80014 21162 2 |
| | AFZ117 | Straight Shooter | BAD COMPANY | 24K GOLD CD | 24.99 | 7 80014 21172 1 |
| 9/6/11 | AFZ118 | Sweet Baby James | JAMES TAYLOR | 24K GOLD CD | 24.99 | 7 80014 21182 0 |
| 9/6/11 | AFZ119 | Greatest Hits | HEART | 24K GOLD CD | 24.99 | 7 80014 21192 9 |
| Coming | AFZ126 | Not Fragile | BACHMAN-TURNER OVERDRIVE | 24K GOLD CD | 24.99 | 7 80014 21262 9 |
| Coming | AFZ128 | Mud Slide Slim And The Blue Horizon | JAMES TAYLOR | 24K GOLD CD | 24.99 | 7 80014 21292 6 |
| Coming | AFZ129 | Hello, I Must Be Going | PHIL COLLINS | 24K GOLD CD | 24.99 | 7 80014 21282 7 |

(update Sept 6, 2011)

EXHIBIT
1

| | | AUDIO FIDELITY VINYL- *HQ180+ Virgin Vinyl* | | | | |
|---|---|---|---|---|---|---|
| | AFZLP2 040 | Majikat **(2 LP Collection )** | CAT STEVENS | HQ180 VINYL | **39.99** | 7 80014 20401 3 |
| | AFZLP2 041 | Live At Montreux **(2 LP Collection)** | JETHRO TULL | HQ180 VINYL | **39.99** | 7 80014 20411 2 |
| | AFZLP061 | At The Village Gate | HERBIE MANN | HQ180 VINYL | 29.99 | 7 80014 20611 6 |
| | AFZLP078 | Gipsy Kings | GIPSY KINGS | HQ180 VINYL | 29.99 | 7 80014 20781 6 |
| | AFZLP082 | The Sensual World | KATE BUSH | HQ180 VINYL | 29.99 | 7 80014 20821 9 |
| | AFZLP083 | A Little Touch Of Schmilsson In The Night | HARRY NILSSON | HQ180 VINYL | 29.99 | 7 80014 20831 8 |
| | AFZLP087 | Hounds Of Love | KATE BUSH | HQ180 VINYL | 29.99 | 7 80014 20871 4 |
| | AFZLP090 | The First Songs | LAURA NYRO | HQ180 VINYL | 29.99 | 7 80014 20901 8 |
| | AFZLP091 | In Color | CHEAP TRICK | HQ180 VINYL | 29.99 | 7 80014 20911 7 |
| | AFZLP120 | Shakedown Street | GRATEFUL DEAD | HQ180 VINYL | 29.99 | 7 80014 21201 8 |
| | AFZLP121 | Blues For Allah | GRATEFUL DEAD | HQ180 VINYL | 29.99 | 7 80014 21211 7 |
| Coming | AFZLP124 | History of the Grateful Dead, vol 1 (Bear's Choice) | GRATEFUL DEAD | HQ180 VINYL | 29.99 | 7 80014 21241 4 |

| | | AUDIO FIDELITY VINYL- *12" THE TARGET SERIES (140g)* | | | | |
|---|---|---|---|---|---|---|
| Coming | AFZTL1510 | Our Time In Eden | 10,000 MANIACS | 140gm VINYL | ? | 7 80014 15101 0 |
| Coming | AFZTL1511 | Fire Down Under | RIOT | 140gm VINYL | ? | 7 80014 15111 9 |
| Coming | AFZTL1512 | The Roches | THE ROCHES | 140gm VINYL | ? | 7 80014 15121 8 |

| | | MORADA MUSIC | | | | |
|---|---|---|---|---|---|---|
| | MRD 101 | O Blues, Where Art Thou? | VARIOUS | CD | 9.98 | 6 43157 21012 2 |
| | MRD 102 | O Gospel, Where Art Thou? | VARIOUS | CD | 9.98 | 6 43157 21022 1 |
| | MRD 104 | America's Treasure | JUDY GARLAND | CD | 9.98 | 7 80014 21042 7 |
| | MRD 105 | Blues Hoot-Live At The Ash Grove 1961 | VARIOUS | CD | 9.98 | 7 80014 21052 6 |
| | MRD 106 | A Musical Tribute To The Olympics 2008 | VARIOUS | CD | 7.98 | 7 80014 21062 5 |

| | | MORADA VISION/TANGIERS DVD TITLES | | | | |
|---|---|---|---|---|---|---|
| | SP9906 | From the beginning..to the end. | THE BEATLES | DVD | 9.98 | 7 80014 99069 5 |
| | SP9911 | From the beginning..to the end. | ELVIS PRESLEY | DVD | 9.98 | 7 80014 99119 7 |
| | SP99025 | Tim Allen Live Onstage - **2 Concerts + Bonus** | TIM ALLEN | DVD | 14.95 | 7 80014 99259 0 |
| | SP99026 | Live From Hurrah's - Back In The Day | VARIOUS | DVD | 14.95 | 7 80014 99269 9 |
| | SP99027 | Playboy After Dark - **Collection ONE** | VARIOUS | **3 DVD Set** | 39.95 | 7 80014 99279 8 |
| | | **3 DVD Box Set with Booklet** | | | | |
| | SP99028 | The Immortal Mahalia Jackson **2 DVD Col.** | MAHALIA JACKSON | **2 DVD Set** | 12.95 | 7 80014 99289 7 |
| | SP99029 | Soupy Sales "In Living Black & White" | SOUPY SALES & GUESTS | DVD | 14.95 | 7 80014 99299 6 |
| | SP99030 | Playboy's Halloween Spooktacular | HUGH HEFNER & STARS | DVD | 12.95 | 7 80014 99309 2 |
| | | with" The Girls Next Door" featured | | | | |
| | SP99032 | Celebration - Faith & Inspiration Music Celeb. | VARIOUS STARS | DVD | 12.95 | 7 80014 99329 0 |
| | SP99033 | Playboy After Dark - **Collection TWO** | VARIOUS | **3 DVD Set** | 39.95 | 7 80014 99339 9 |
| | | **3 DVD Box Set with Booklet** | | | | |
| | SP99034 | From Lettsworth To Legend | SCOTT HOLT | CD | 12.98 | 7 80014 99342 9 |
| | | A Tribute To Buddy Guy "Blues" | | | | |
| | SP99035 | Walking With The Kings "All-Star Blues Jam" | VARIOUS BLUES PRINCES | **DVD/CD** | 16.98 | 7 80014 99359 7 |
| | | playing music of B.B, Freddie & Albert King | | **DVD & CD Set** | | |
| | SP9936 | Elvis, A Generous Heart | ELVIS PRESLEY | DVD | 9.98 | 7 80014 99369 6 |
| | MVDV4597 | Lene Lovich, Live From New York Studio 54 | LENE LOVICH | DVD | 16.95 | 0 22891 45979 8 |
| | SP9939 | Elvis' 75th Birthday Celebration **2 DVD's Col.** | ELVIS PRESLEY | **2 DVD Set** | 10.99 | 7 80014 99399 3 |
| | SP9940 | Soupy Sales In Living Color | SOUPY SALES & GUESTS | DVD | 14.95 | 7 80014 99409 9 |
| | SP9941 | The Soupy Sales Collection **(re-issued from SP9918)** | SOUPY SALES & GUESTS | 1-DVD | 14.95 | 7 80014 99419 8 |
| | **TOTAL QUANTITY ORDERED** | | | $ | | **Total Cost** (+ tax/shipping) |

** Please include your email or phone if we need to reach you.

NOTE:  Please call or email before sending funds to make sure your requested title is in stock.  If using a credit card, we will only charge you for the titles which are in stock.

(update Sept 6, 2011)                                                                                                                2

## SALES ORDER FORM - AUDIO FIDELITY/MORADA MUSIC

79 E. Daily Dr, #507, Camarillo, CA 93010        WEBSITE: www.audiofidelity.net
Tel: (805) 445-6464   Email: orders@audiofidelity.net          FAX AN ORDER TO: (805) 445-6455

Bill to: _____        Ship to: _____
Address: _____        Address: _____
         _____                 _____
City/State/Zip: _____        City/State/Zip: _____
Tel/Fax: _____        Tel/Fax: _____
VISA/MC No.: _____        Total Cost (include shipping): _____
Expiration Date: _____ 3 Digit # on card back _____   Add $3.00 per SACD ($5.00 DVD/$5.50 3 DVD Set, $10.00 LP)
Signature: _____        for 1st item & .50 an item ($1.00 DVD/LP) after that.
*Canada/Int'l call or email for shipping fees*        *GOLD CD's $5.00 Priority Mail up to 2 CD's*

### AUDIO FIDELITY

| | | | | | | |
|---|---|---|---|---|---|---|
| Retired | AFZ 001 | Greatest Hits | ZOMBIES | SACD | 24.99 | 6 43157 20012 3 |
| Retired | AFZ 002 | London Sessions | MEL TORME | SACD | 24.99 | 6 43157 20022 2 |
| Retired | AFZ 003 | The Greatest Band I Ever Had | BUDDY RICH | SACD | 24.99 | 6 43157 20032 1 |
| Retired | AFZ 004 | Latin + Jazz = Cal Tjader | CAL TJADER | SACD | 24.99 | 6 43157 20042 0 |
| Retired | AFZ 005 | Boogie Chillen' | JOHN LEE HOOKER | SACD | 24.99 | 6 43157 20052 9 |
| Retired | AFZ 006 | Sonny Clark Trio | SONNY CLARK | SACD | 24.99 | 6 43157 20062 8 |
| | AFZ 007 | Tommy Turrentine | TOMMY TURRENTINE | SACD | 24.99 | 6 43157 20072 7 |
| Retired | AFZ 008 | Greatest Hits | RICHIE VALENS | SACD | 24.99 | 6 43157 20082 6 |
| | AFZ 011 | Man Of The World-Reflections On Peter Green | VARIOUS | SACD | 24.99 | 7 80014 20112 8 |
| | AFZ 012 | Sci-Fi in Hi-Fi - 8 page booklet | VARIOUS | SACD | 24.99 | 7 80014 20122 7 |
| | AFZ 014 | Reggae in High-Fi | VARIOUS | SACD | 24.99 | 7 80014 20142 5 |
| Retired | AFZ 015 | Storyteller | DONOVAN | SACD | 24.99 | 7 80014 20152 4 |
| Retired | AFZ 016 | John Mayall & Friends | JOHN MAYALL | SACD | 24.99 | 7 80014 20162 3 |
| | AFZ 017 | Deep Purple Live On The BBC | DEEP PURPLE | SACD | 24.99 | 7 80014 20172 2 |
| Retired | AFZ 018 | The Searchers - The Collection | THE SEARCHERS | SACD | 24.99 | 7 80014 20182 2 |
| Retired | AFZ 021 | Young Mystic | BOB MARLEY | SACD | 24.99 | 7 80014 20212 5 |
| | AFZ023 | The Italians, The Next Generation | VARIOUS | **CD/DVD** | 14.98 | 7 80014 20232 3 |
| Retired | AFZ024 | Bad Company | BAD COMPANY | 24K GOLD CD | 24.99 | 7 80014 20242 2 |
| Retired | AFZ025 | Minute By Minute | THE DOOBIE BROTHERS | 24K GOLD CD | 24.99 | 7 80014 20252 1 |
| Retired | AFZ026 | A Nod Is As Good As A Wink | FACES | 24K GOLD CD | 24.99 | 7 80014 20262 0 |
| | AFZ027 | Who Do We Think We Are | DEEP PURPLE | 24K GOLD CD | 24.99 | 7 80014 20272 9 |
| Retired | AFZ028 | Montrose | MONTROSE | 24K GOLD CD | 24.99 | 7 80014 20282 8 |
| | AFZ029 | Music For Lonely Housewives | VARIOUS | CD | 12.98 | 7 80014 20292 7 |
| | AFZ030 | California Blues Redux **2 DISC SET** | SPIRIT | 2 CD SET | 14.95 | 7 80014 30302 0 |
| Retired | AFZ031 | Pet Sounds | THE BEACH BOYS | 24K GOLD CD | **29.99** | 7 80014 20312 2 |
| Retired | AFZ032 | The Band | THE BAND | 24K GOLD CD | **29.99** | 7 80014 20322 1 |
| Retired | AFZ033 | Heartbeat City | THE CARS | 24K GOLD CD | 24.99 | 7 80014 20332 0 |
| Retired | AFZ034 | Heart Like A Wheel | LINDA RONSTADT | 24K GOLD CD | **29.99** | 7 80014 20342 9 |
| | AFZ035 | School's Out | ALICE COOPER | 24K GOLD CD | 24.99 | 7 80014 20352 8 |
| Retired | AFZ036 | Rebel Yell | BILLY IDOL | 24K GOLD CD | **29.99** | 7 80014 20362 7 |
| | AFZ037 | Morrison Hotel | THE DOORS | 24K GOLD CD | 24.99 | 7 80014 20372 6 |
| | AFZ038 | Soft Parade | THE DOORS | 24K GOLD CD | 24.99 | 7 80014 20382 5 |
| | AFZ047 | We're An American Band | GRAND FUNK RAILROAD | 24K GOLD CD | **29.99** | 7 80014 20472 3 |
| | AFZ048 | Killer | ALICE COOPER | 24K GOLD CD | 24.99 | 7 80014 20482 2 |
| Retired | AFZ051 | In Rock | DEEP PURPLE | 24K GOLD CD | 24.99 | 7 80014 20512 6 |
| | AFZ052 | The Pretenders | PRETENDERS | 24K GOLD CD | 24.99 | 7 80014 20522 5 |
| | AFZ054 | Second Helping | LYNYRD SKYNYRD | 24K GOLD CD | 24.99 | 7 80014 20542 3 |
| | AFZ056 | Blues Breakers | JOHN MAYALL/ERIC CLAPTON | 24K GOLD CD | 24.99 | 7 80014 20562 1 |
| | AFZ057 | Love It To Death | ALICE COOPER | 24K GOLD CD | 24.99 | 7 80014 20572 0 |
| | AFZ058 | Never A Dull Moment | ROD STEWART | 24K GOLD CD | 26.99 | 7 80014 20582 9 |
| | AFZ059 | The Smoker You Drink, The Player You Get | JOE WALSH | 24K GOLD CD | 24.99 | 7 80014 20592 8 |
| | AFZ063 | 90125 | YES | 24K GOLD CD | 24.99 | 7 80014 20632 1 |
| Retired | AFZ064 | Flying Cowboys | RICKIE LEE JONES | 24K GOLD CD | **29.99** | 7 80014 20642 0 |
| | AFZ065 | Machine Head | DEEP PURPLE | 24K GOLD CD | 24.99 | 7 80014 20652 9 |

EXHIBIT
2

1

| | | | | | | |
|---|---|---|---|---|---|---|
| Retired | AFZ066 | Hell Bent For Leather | JUDAS PRIEST | 24K GOLD CD | 24.99 | 7 80014 20662 8 |
| | AFZ067 | Grand Illusion | STYX | 24K GOLD CD | 24.99 | 7 80014 20672 7 |
| | AFZ068 | Asia | ASIA | 24K GOLD CD | 24.99 | 7 80014 20682 6 |
| | AFZ070 | 12 Songs | RANDY NEWMAN | 24K GOLD CD | 24.99 | 7 80014 20702 1 |
| Retired | AFZ075 | Parsley, Sage,  Rosemary & Thyme | SIMON & GARFUNKEL | 24K GOLD CD | 29.99 | 7 80014 20752 6 |
| | AFZ076 | Talking Book | STEVIE WONDER | 24K GOLD CD | 29.99 | 7 80014 20762 5 |
| | AFZ077 | Cosmic Thing | B-52's | 24K GOLD CD | 24.99 | 7 80014 20772 4 |
| Retired | AFZ080 | Sounds Of Silence | SIMON & GARFUNKEL | 24K GOLD CD | 29.99 | 7 80014 20802 8 |
| | AFZ084 | Face Value | PHIL COLLINS | 24K GOLD CD | 24.99 | 7 80014 20842 4 |
| | AFZ085 | Time And Love | LAURA NYRO | 24K GOLD CD | 24.99 | 7 80014 20852 3 |
| | AFZ092 | Glass Houses | BILLY JOEL | 24K GOLD CD | 24.99 | 7 80014 20922 3 |
| | AFZ095 | 52nd Street | BILLY JOEL | 24K GOLD CD | 24.99 | 7 80014 20952 0 |
| | AFZ 096 | Songs In The Key Of Life (2-CD SET) | STEVIE WONDER | 24K GOLD CD | 54.99 | 7 80014 20962 9 |
| | AFZ098 | Fireball | DEEP PURPLE | 24K GOLD CD | 24.99 | 7 80014 20982 7 |
| | AFZ100 | Music Of My Mind | STEVIE WONDER | 24K GOLD CD | 29.99 | 7 80014 21002 1 |
| | AFZ101 | One Dog Man | JAMES TAYLOR | 24K GOLD CD | 24.99 | 7 80014 21012 0 |
| | AFZ102 | No Jacket Required | PHIL COLLINS | 24K GOLD CD | 24.99 | 7 80014 21022 9 |
| | AFZ108 | Fulfillingness' First Finale | STEVIE WONDER | 24K GOLD CD | 29.99 | 7 80014 21082 3 |
| | AFZ109 | Walking Man | JAMES TAYLOR | 24K GOLD CD | 24.99 | 7 80014 21092 2 |
| | AFZ110 | Younger Than Yesterday | THE BYRDS | 24K GOLD CD | 24.99 | 7 80014 21102 8 |
| | AFZ112 | A Space In Time | TEN YEARS AFTER | 24K GOLD CD | 24.99 | 7 80014 21122 6 |
| | AFZ114 | No Secrets | CARLY SIMON | 24K GOLD CD | 24.99 | 7 80014 21142 4 |
| | AFZ116 | Roll The Bones | RUSH | 24K GOLD CD | 29.99 | 7 80014 21162 2 |
| | AFZ117 | Straight Shooter | BAD COMPANY | 24K GOLD CD | 24.99 | 7 80014 21172 1 |
| | AFZ118 | Sweet Baby James | JAMES TAYLOR | 24K GOLD CD | 24.99 | 7 80014 21182 0 |
| | AFZ119 | Greatest Hits | HEART | 24K GOLD CD | 24.99 | 7 80014 21192 9 |
| Coming | AFZ126 | Not Fragile | BACHMAN-TURNER OVERDRIVE | 24K GOLD CD | 24.99 | 7 80014 21262 9 |
| Coming | AFZ129 | Hello, I Must Be Going | PHIL COLLINS | 24K GOLD CD | 24.99 | 7 80014 21292 6 |
| | | **AUDIO FIDELITY VINYL- 180+ Virgin Vinyl** | | | | |
| Retired | AFZLP2 060 | It's Alive (2 LP Collection) | RAMONES | HQ180 VINYL | 39.99 | 7 80014 20601 7 |
| | AFZLP2 040 | Majikat   (2 LP Collection  ) | CAT STEVENS | HQ180 VINYL | 39.99 | 7 80014 20401 3 |
| | AFZLP2 041 | Live At Montreux (2 LP Collection) | JETHRO TULL | HQ180 VINYL | 39.99 | 7 80014 20411 2 |
| Retired | AFZLP044 | Live - Full House | J. GEILS BAND | HQ180 VINYL | 24.99 | 7 80014 20441 9 |
| | AFZLP061 | At The Village Gate | HERBIE MANN | HQ180 VINYL | 29.99 | 7 80014 20611 6 |
| | AFZLP078 | Gipsy Kings | GIPSY KINGS | HQ180 VINYL | 29.99 | 7 80014 20781 6 |
| | AFZLP082 | The Sensual World | KATE BUSH | HQ180 VINYL | 29.99 | 7 80014 20821 9 |
| | AFZLP083 | A Little Touch Of Schmilsson In The Night | HARRY NILSSON | HQ180 VINYL | 29.99 | 7 80014 20831 8 |
| | AFZLP087 | Hounds Of Love (Purple marble lp) | KATE BUSH | HQ180 VINYL | 29.99 | 7 80014 20871 4 |
| | AFZLP090 | The First Songs | LAURA NYRO | HQ180 VINYL | 29.99 | 7 80014 20901 8 |
| | AFZLP091 | In Color | CHEAP TRICK | HQ180 VINYL | 29.99 | 7 80014 20911 7 |
| | AFZLP120 | Shakedown Street | GRATEFUL DEAD | HQ180 VINYL | 29.99 | 7 80014 21201 8 |
| | AFZLP121 | Blues For Allah | GRATEFUL DEAD | HQ180 VINYL | 29.99 | 7 80014 21211 7 |
| Coming | AFZLP2 123 | Dead Set (2 LP Collection) | GRATEFUL DEAD | HQ180 VINYL | 39.99 | 7 80014 21231 5 |
| Coming | AFZLP124 | History of the Grateful Dead, vol 1(Bear's Choice) | GRATEFUL DEAD | HQ180 VINYL | 29.99 | 7 80014 21241 4 |
| | | | | | | |
| | | **AUDIO FIDELITY VINYL- 10" EP VINYL** | | | | |
| 4/16/11 | AFZEP001 | Hounds Of Love (for Record Store Day only) | KATE BUSH (PINK VINYL) | 10" VINYL | 14.98 | 7 80014 10010 0 |
| | | **AUDIO FIDELITY VINYL- 12" VINYL - THE TARGET SERIES** | | | | |
| Coming | AFZTL1510 | Our Time In Eden | 10,000 MANIACS | 140gram | ? | 7 80014 15101 0 |
| Coming | AFZTL1511 | Fire Down Under | RIOT | 140gram | ? | 7 80014 15111 9 |
| Coming | AFZTL1512 | The Roches | THE ROCHES | 140gram | ? | 7 80014 15121 8 |
| | | **MORADA MUSIC** | | | | |
| | MRD 101 | O Blues, Where Art Thou? | VARIOUS | CD | 9.98 | 6 43157 21012 2 |
| | MRD 102 | O Gospel, Where Art Thou? | VARIOUS | CD | 9.98 | 6 43157 21022 1 |
| | MRD 103 | O Reggae, Where Art Thou? | VARIOUS | CD | 9.98 | 6 43157 21032 0 |
| | MRD 104 | America's Treasure | JUDY GARLAND | CD | 9.98 | 7 80014 21042 7 |
| | MRD 105 | Blues Hoot-Live At The Ash Grove 1961 | VARIOUS | CD | 9.98 | 7 80014 21052 6 |
| | MRD 106 | A Musical Tribute To The Olympics 2008 | VARIOUS | CD | 7.98 | 7 80014 21062 5 |

| | | MORADA VISION/TANGIERS DVD TITLES | | | | |
|---|---|---|---|---|---|---|
| | SP9904 | Mahalia Jackson Sings | MAHALIA JACKSON | DVD | 9.98 | 7 80014 99049 7 |
| | SP9906 | From the beginning..to the end. | THE BEATLES | DVD | 9.98 | 7 80014 99069 5 |
| | SP9911 | From the beginning..to the end. | ELVIS PRESLEY | DVD | 9.98 | 7 80014 99119 7 |
| Retired | SP9918 | Soupy Sales Collection - **3 DVD's + Booklet** | SOUPY SALES & GUESTS | 3 DVD Set | 19.98 | 7 80014 99189 0 |
| | SP9922 | Just A Little Bit Crazy | VARIOUS | DVD | 9.95 | 7 80014 99229 3 |
| | SP99025 | Tim Allen Live Onstage - **2 Concerts + Bonus** | TIM ALLEN | DVD | 14.95 | 7 80014 99259 0 |
| | SP99026 | Live From Hurrah's - Back In The Day | VARIOUS | DVD | 14.95 | 7 80014 99269 9 |
| | SP99027 | Playboy After Dark - **Collection ONE** | VARIOUS | 3 DVD Set | 39.95 | 7 80014 99279 8 |
| | | **3 DVD Box Set with Booklet** | | | | |
| | SP99028 | The Immortal Mahalia Jackson **2 DVD Col.** | MAHALIA JACKSON | 2 DVD Set | 12.95 | 7 80014 99289 7 |
| | SP99029 | Soupy Sales "In Living Black & White" | SOUPY SALES & GUESTS | DVD | 14.95 | 7 80014 99299 6 |
| | SP99030 | Playboy's Halloween Spooktacular | HUGH HEFNER & STARS | DVD | 12.95 | 7 80014 99309 2 |
| | | with" The Girls Next Door" featured | | | | |
| Retired | SP99031 | When The West Was Fun - Reunion | VARIOUS WESTERN STARS | DVD | 12.95 | 7 80014 99319 1 |
| | SP99032 | Celebration - Faith & Inspiration Music Celeb. | VARIOUS STARS | DVD | 12.95 | 7 80014 99329 0 |
| | SP99033 | Playboy After Dark - **Collection TWO** | VARIOUS | 3 DVD Set | 39.95 | 7 80014 99339 9 |
| | | **3 DVD Box Set with Booklet** | | | | |
| | SP99034 | From Lettsworth To Legend | SCOTT HOLT | CD | 12.98 | 7 80014 99342 9 |
| | | A Tribute To Buddy Guy "Blues" | | | | |
| | SP99035 | Walking With The Kings "All-Star Blues Jam" | VARIOUS BLUES PRINCES | **DVD/CD** | 16.98 | 7 80014 99359 7 |
| | | playing music of B.B, Freddie & Albert King | **DVD & CD Set** | | | |
| | SP9936 | Elvis, A Generous Heart | ELVIS PRESLEY | DVD | 9.98 | 7 80014 99369 6 |
| | MVDV4597 | Lene Lovich, Live From New York Studio 54 | LENE LOVICH | DVD | 16.95 | 0 22891 45979 8 |
| | SP9939 | Elvis' 75th Birthday Celebration **2 DVD's Col.** | ELVIS PRESLEY | 2 DVD Set | 10.99 | 7 80014 99399 3 |
| | SP9940 | Soupy Sales In Living Color | SOUPY SALES & GUESTS | DVD | 14.95 | 7 80014 99409 9 |
| | SP9941 | The Soupy Sales Collection **(re-issued from SP9918** | SOUPY SALES & GUESTS | 1-DVD | 14.95 | 7 80014 99419 8 |
| | | **TOTAL QUANTITY ORDERED** | | $ | | **Total Cost** (+ tax/shipping) |

** Please include your email or phone if we need to reach you.

NOTE:  Please call or email before sending funds to make sure your requested title is in stock.  If using a credit card, we will only charge you for the titles which are in stock.

## NEUFUTUR MAGAZINE

# Stevie Wonder – Fulfillingness' First Finale (Gold CD)

James McQuiston / February 1st, 2011

We receive a number of different reissues at NeuFutur. Many of them deal with the ephemera (pictures, lost tracks, live performers) from a particular era in the musician's life. However, Audio Fidelity's release of this slept-on Wonder classic has no additional tracks or other aural (or visual) goo-gahs. Rather, what the company has done here has provided listeners with the most clear and crisp recording of a Wonder album that I have ever heard.

While listeners will be able to hear the difference from the a vinyl copy or the 2000 remaster of the title even on a pair of iPod headphones, the differences become much more clear when listeners play this disc on their home system. Where fans may kick the disc over to a groovier track like "Boogie On Reggae Woman", I found myself comparing versions of "Too Shy To Say". With the track relying more on the interplay between the music and silence, the clarification of the Audio Fidelity version becomes much clearer. Listeners would do well also to listen to "Fullfillingness'" final track, "Please Don't Go". While a "Too Shy To Say" or "It Ain't No Use" are great in that they showcase the musical side of Wonder, I contend that the much more vocal-heavy "Too Shy To Say" has had its landscape changed the most by Audio Fidelity's version. On previous editions of the track, it always felt as if there were some aural artifacts holding back Wonder's voice. On the 2011 version, I can hear myself standing in the recording booth with Wonder – no limitation of the recording process is present.

The small cost increase of this 24Kt-gold remaster over other versions of this album is nothing compared to the difference in each cut over all extant versions. If you would like to hear "Fulfillingness' First Finale" as Mr. Wonder intended it, go to your local well-stocked music store and pick up this disc today.

Top Tracks: Heaven Is 10 Zillion Light Years Away, Boogie On Reggae Woman

Rating: 9.5/10

Stevie Wonder – Fulfillingness' First Finale (CD) / 2011 Audio Fidelity / 10 Tracks / www.audiofidelity.net

EXHIBIT
3

# Judas Priest :: Hell Bent For Leather

Date Posted:
February 17, 2010
News Source:
TONEAudio Magazine

It's about time we got something remastered that really kicks ass.

I love 60's and early 70's rock classics as much as anyone, and yes I've got six different pressings of Pink Floyd's Dark Side of the Moon but I think we need a wider range of great rock records with sound quality to match. Kudos to Audio Fidelity and Steve Hoffman for doing a bone crushing job on this Judas Priest classic.

Arguably, one of Priest's most powerful albums (titled Killing Machine in the UK), Hell Bent For Leatherfeatures four of the original members of the band, Rob Halford as lead vocalist, bassist Ian Hill and the power lead guitar duo of K.K. Downing and Glenn Tipton.

As I just happened to have a very early pressing of the LP (yes, I went and bought it the day it was released) on hand for comparison, the record is somewhat thin in comparison to the CD, but has a tiny bit more air on top. However the AF release is an overall winner, because there is a lot less compression and muddiness to the midrange on the originals, and I'll give up some air to hear both of those lead guitars blazing distinctly in the remaster. As an added bonus, Hill's bass line has more prominence and Halford's screams have a wider range.

So, at your next audiophile listening party when everyone is talking about their new favorite female vocalist, sneak this one in the CD player, and turn it up. I had the big blue meters on my McIntosh MC 1.2 KW's pinned on this one!

I can only hope that Audio Fidelity will produce British Steel and Screaming For Vengeance next!

*–jeff dorgay* Tone Publications

http://www.tonepublications.com/music/hell-bent-for-leather/



EXHIBIT
4

# Alice Cooper: School's Out

Date Posted:
August 12, 2009
News Source:
MusicTap

The band known as Alice Cooper (before Furnier gathered the name unto himself) led up to a very popular album that contains the anthemic "School's Out," with a very well-defined set of albums (the virtually unknown Easy Action, and Pretties For You (re-packaged in the '70s as School Daze), and the maturing and influential Love It to Death, and Killer). School's Out was wrapped within a theme that became standard operating procedure for the band (and the persona after the demise of the band). The collection of songs were great, were memorable, and is still a favourite amongst Alice Cooper aficionados.

Audio Fidelity has reissued a Hoffman-remastered version of School's Out, adding this brilliant classic to its collection of 24k Gold discs series that benefit greatly from a remastering procedure that Hoffman calls the "breath of life." There is no denying that the procedure and tech used to enhance the original album is a beneficial one as the songs on this reissue of School's Out delivers a  clarifying experience that makes it more than a joy to revisit.

The songs within the classic album, School's Out, need no introduction. There are few who haven't heard its very recognizable title track. School's Out was the album that elevated a public to anxiously await, and highly respect (sales-wise, and hits-wise) the subsequent AC release, Billion Dollar Babies. While the band did not have much for legs after Billion Dollar Babies (Muscle of Love may not be as strong an album, but it still worked, and worked better than its given credit), Alice Cooper was forever launched into Rock as the fore-runner of Shock Rock. School's Out was a watermark release, and Audio Fidelity's audio enhancement procedures make this version a stand-out reissue.

I can't say whether this remaster is the greatest one as I don't have every remaster of this album ever released. There are those that know better than I. But I can say this with ease, this Audio Fidelity-released, Hoffman-remastered, numbered Limited Edition version is candy to my ears. And that's great for me. And for you.



EXHIBIT
5

# Alice Cooper :: Killer

Date Posted:
November 24, 2009
News Source:
www.metrotimes.com

This 24kt gold CD is a must-own for any Cooper collector or fan, or one who's keen to hear the best fidelity of a killer '70s rock 'n' roll record. It's incredibly well-manufactured, minus all the dynamic-killing compression common to new remasters of albums. The mastering engineer here is Steve Hoffman, whose own very large cult following regularly fellates his work on albums.

On "You Drive Me Nervous," you can hear Alice at his profligate best, all the knowing winks, all the airborne spittle, all the cans of Budweiser. And the lo-fi, glitter-twin guitars — and self-referential Detroit-city strut — of "Be My Lover" just can't sound any better (er, uglier?). How strange to hear *Killer*, which is hardly the most pristine recording to begin with, so detailed, with real separation between the instruments and voices. To (re)hear an album that's so assimilated into the Cooper mythology, so anti-celebrity in its celebrity, and one of the greatest rock 'n' roll albums ever, is to hear a *new* album that just *kills*. This numbered, limited edition stunner (along with *School's Out*, released earlier this year, and *Love it to Death*, which drops Dec. 10) will sell out. Available locally at Dearborn Music, Rock-a-billy's and Flipside Records.

Rock/Pop
**Sonic supreme**
*Last-word versions of classic Motor City related albums*
By Brian Smith



EXHIBIT
6

# Deep Purple - In Rock (24kt Gold Reissue)

Date Posted:
July 28, 2009
News Source:
Chicago Sun Times

Deep Purple was a rock heavyweight back in the 1970's. They went toe to toe with the progenitors of metal Black Sabbath for supremacy of that genre. Eventually Ozzy and the boys would win that battle but Deep Purple went through many different incarnations over time and they would evolve into something else. I fondly recall reading all of those Circus Magazines asking the question who was best.

In Rock would beat the Black Sabbath classic Paranoid (their first album did not qualify as it was more blues influenced) to the punch, coming out one year earlier. So it was Deep Purple that ushered in the Metal genre with plenty of fireworks with this now legendary recording in 1970.

The MK2 lineup of Deep Purple is no doubt the most popular amongst devoted longtime fans and In Rock was a good choice by Audio Fidelity to dedicate their special remastering process to. For those unfamiliar with the label's process, they take the analog masters and put them through a sonically constructed vintage tube playback deck and then their new Kensei Audio Transformer for the ultimate reproduction.

This album is especially powerful in every way and the remaster highlights every nuance with precision. All the members are in vintage form. Ian Gillan was perhaps at his very best on this session. Ian Paice (drums) and Roger Glover (bass) was the outrageous one-two bottom end of the day while Ritchie Blackmore played the most magnificent and recognizable blues influenced rock guitar on the planet at the time. Then of course there was the steadfast Jon Lord providing the necessary mood whenever they needed it in every song. His moody keyboards gave their classic "Child In Time" (check out the live version on Made In Japan) an eerie characteristic that anyone would be hard pressed to duplicate to this day.

The lead off track "Speed King" kicked off the proceedings quite appropriately with Blackmore making his guitar spew out all kinds of distortion. From that point onward Deep Purple would establish themselves as the reigning kings of fire and brimstone rock and metal but just around the corner was Black Sabbath to put their stake in the ground and they would never turn back. Regardless Deep Purple set the table with In Rock and everyone would follow them down the path to rock 'n' roll glory.

My hat is off again to Audio Fidelity for turning a classic album into pure audio gold. It is a true pleasure to hear again and not only for discriminating audiophiles but just good old rock music fans that enjoy the catalog of early Deep Purple.



EXHIBIT
7



**EXHIBIT 8**

# Music Review:

# Grateful Dead - *Blues for Allah* and *Shakedown Street* Remastered on 180-Gram LPs

**Author:** Jon Sobel — **Published:** Jun 28, 2011 at 2:32 pm



BC Music Premium

Marshall Blonstein's Audio Fidelity imprint has just released two beautiful reissues on LP from the Grateful Dead catalog. *Blues for Allah* (1975) and *Shakedown Street* (1978) are available in limited, numbered gatefold-package editions, remastered from the original sound sources onto 180-gram "pure virgin vinyl," with all the original artwork.

All marketing hype aside, they sound gorgeous, with immersive space, crisp highs, full mids, and (considering how effervescent this band was, even—or especially—in the studio) nicely throaty lows. These hefty chunks of black vinyl in their gorgeous packaging should please Grateful Dead fanatics, classic rock album collectors, and audiophiles alike; it's probably safe to say the two albums never sounded better.

From the spacey simplicity of "Franklin's Tower" and the folky easygoingness of "Sage & Spirit" to the classic psychedelia of "Slipknot" and the experimental jazziness of "King Solomon's Marbles," *Blues for Allah* shows off the Grateful Dead at their studio best. Even the spacier and, let's face it, sometimes rather limp material on Side Two—some of which can reach only a brain aloft on hallucinogens—takes on clear new life on this rich-



| Donate | Steve Hoffman Home Page | SH Discography | Interview Archive | Consulting | Contact Us |

New Posts   Music   Hardware   Visual Arts   Mark Read

## 🗒 SH Forums

User Name `User Name`   ☐ Remember Me?
Password `_____`   **Log in**

| Forum Rules | Register | FAQ | Members List | Calendar |

### Welcome to the SH Forums.

If this is your first visit, be sure to check out the **FAQ** by clicking the link above. You may have to **register** before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

| Forum | Last Post | Threads | Posts |
|---|---|---|---|
| **Music Corner** (404 Viewing)<br>The place to discuss music! Be it your favorite recordings, the mastering work of SH, or anything else related to music, this is the place to be. | The Cars--back catalog...<br>by kwadguy<br>Today 01:19 PM ▶ | 69,804 | 2,738,848 |
| **Audio Hardware** (85 Viewing)<br>Discussions about all types of audio hardware, from vintage gear to the latest in hi-rez. Discussions regarding CD recorders, media, software, and tweaks are also to be found here. | Anyone compared regular...<br>by preferred user<br>Today 01:14 PM ▶ | 15,748 | 374,529 |
| **Visual Arts** (48 Viewing)<br>Discussions about Movies & Television, DVDs, Photography (both digital and film). Basically, if you wish to discuss anything that can be seen, go here! Note: please keep discussions of DVD-A discs in Music Corner. | Spielberg apologizes for...<br>by Ken_McAlinden<br>Today 01:19 PM ▶ | 8,905 | 285,662 |

### The Archives

| Forum | Last Post | Threads | Posts |
|---|---|---|---|
| **Music Corner Archive** (35 Viewing)<br>Archived threads from Music Corner. Threads are moved to the Archive area after being inactive (no new posts made) for 3-4 months. | Classical Music Corner...<br>by Gary<br>08-08-2011 06:41 PM ▶ | 55,186 | 1,186,734 |
| **Audio Hardware Archive** (28 Viewing)<br>Archived threads from the Audio Hardware forum. | Wharfedale W3<br>by darkmatter<br>05-03-2011 06:14 AM ▶ | 11,209 | 164,186 |
| **Visual Arts Archive** (6 Viewing)<br>Archived threads from the Visual Arts forum. | Away From Her - depressing...<br>by shokhead<br>06-04-2007 08:48 AM ▶ | 6,080 | 107,675 |
| **The DCC "Lounge" Archive** (2 Viewing)<br>Posts from the old DCC forum from 2001. | 📄 MOVE IT ON OVER TO:<br>by Steve Hoffman<br>01-28-2002 07:02 PM ▶ | 920 | 9,010 |

Mark Forums Read    View Forum Leaders

### What's Going On?

#### SH Forums Statistics

Threads: 254,631, Posts: 6,495,115, Members: 29,614
Welcome to our newest member, tbames1960

**Today's Birthdays**

EXHIBIT
9

## What's Going On?

 ben_wood (54), rediffusion, naguel19 (29)

Forum Contains New Posts

Forum Contains No New Posts

All times are GMT -7. The time now is 01:20 PM.

-- vB 3.6.0 Default

**Contact Us - The Steve Hoffman Website - Archive - Privacy Statement - Top**

New Posts    Music    Hardware    Visual Arts    Mark Read

Donate    Steve Hoffman Home Page    SH Discography    Interview Archive    Consulting    Contact Us

Powered by vBulletin®
Copyright ©2000 - 2011, Jelsoft Enterprises Ltd.

Forum and website maintenance courtesy of Canton Web Services



**<u>Parsley Sage Rosemary & Thyme</u>**
**Price: $27.92**
**Availability:** Usually ships in 5 to 10 days
<u>11 used & new</u> from $22.32

46 of 48 people found the following review helpful:
★★☆☆☆ **Mastered from an old digital copy of a safety dub...**, May 17, 2010
**This review is from: <u>Parsley Sage Rosemary & Thyme (Audio CD)</u>**
Hey everyone,

When I first got this CD I thought it sounded really similar to the old CD I bought 20 years ago so I loaded a couple songs into Pro Tools to do some comparison listening. That's when I saw they were essentially the same thing. They sync'd up perfectly, the bits all lined up without drift and I could get a significant amount of null between them. The AF CD has been EQ'd slightly to reduce the upper midrange and give more emphasis on the bottom and top end.

I'm not saying this CD is poorly mastered nor am I suggesting you shouldn't buy it, but... it should be known that this rather expensive CD was not sourced from the Original Master Tapes as advertised. It's not even sourced from analog tapes. They were given the old Columbia CD from the 1980s to use as their source. I made a discovery about its origins and thought it was important to share.

And not only is it from a 20+ year old digital transfer they didn't even use the master tapes back then. It's a dub of some sort. Sounds like it's an EQ'd and limited LP tape. The song 'Homeward Bound' fades in on this CD unlike the recent Sundazed LP made using the true original analog masters. The AF came out after the Sundazed LP reissue so why didn't AF use them instead of an old digital dub that's at the very minimum three generations removed?

There's nothing necessarily wrong with issuing CDs from older digital tapes. Every label has done it. But when you market to a specific audience like

EXHIBIT 10

audiophiles there's going to be higher expectations. Add to that the statements found on Audio Fidelity's own website and the writing directly on the CD's slipcase that the $30 disc you just bought is "From The Original Master Tapes" and then discover it's untrue you can't help but feel deceived.

I suggest Audio Fidelity would do a lot better if they were more open about these things. I have plenty of amazing sounding CDs that were sourced from tape copies. Nothing shameful in using safety dubs as long as you're not trying to pass it off as something it isn't. I'm sure everyone here agrees with that.

Comments (15) | Permalink | Most recent comment: Dec 5, 2010 8:48 PM PST

IMWAN • View topic - [2010-12-14] Audio Fidelity 2010 gold CD au...      http://www.imwan.com/phpBB3/viewtopic.php?f=17&t=56674&st=0...

**Jamie Tate**



Just hangin' around

| | |
|---|---|
| Joined: | 05 Mar 2009 |
| Posts: | 336 |
| Location: | Nashville, TN |
| Bannings: | SH.tv |

Post subject: [2010-12-14] Audio Fidelity 2010 gold CD audiophile remasters     ☐ Posted: Sun Oct 31, 2010 4:01 pm

> **Linda wrote:**
>
> Phil Collins' *Face Value* has been announced for November 30th:

Yet another flat transfer from AF. 😩

Don't we already have a flat transfer of this album on CD? Yeah, I thought so.

**EXHIBIT**
**11**



**52nd Street**
**Price: $22.75**
**Availability:** Usually ships in 7 to 10 days
12 used & new from $15.00

16 of 20 people found the following review helpful:
★★☆☆☆ **Not the definitive version I was hoping for...**, November 2, 2010
**This review is from: 52nd Street (Audio CD)**
I've always loved the way this album sounded and considered it to be one of
the best engineered albums in Billy's catalog but the AF CD of 52nd Street is
the worst sounding Billy Joel CD I own. It was the first pop album released
on CD way back in the early 80s and it sounded surprisingly nice. The gold
Mastersound, '98 remaster and SACD were great too. The SACD has gotten
rave reviews from audiophiles for over a decade now. Every previous
version of 52nd Street on CD or LP sounded really good.

Now we get this AF gold CD that is about as far away from the SACD and
every other CD and LP release of this album as you can get. The AF CD is
muffled and restrained and is just so anticlimactic compared to all previous
versions. Details in the music have been removed and it lies flat, taking on
an almost lazy feel as if the performances have been altered with a slight
dosing of Ambien(tm). The overall sound of the AF gold CD is lifeless and
out of focus, imprecise and unfinished. The stereo image is blurred and the
unpolished sound lets sonic mistakes through. The whole point of mastering
is to fix those kind of things. You can't just play a tape and hope a pure
signal path will outperform the work of a skilled mastering engineer. A
murky tape will always sound bad without proper mastering.



I wish I could better explain how different this CD is. I was not expecting to
be so underwhelmed with the tone. Is it really that bad? Yes. I wish I could
post some comparison sound clips here so you could hear the differences.
You'd wonder why this mastering wasn't rejected. I guess Billy or Phil
Ramone didn't have a say. No wonder Billy has used Ted Jensen to master
his records for nearly 40 years. This comparison really shows how brilliant
his work is.

**EXHIBIT 12**

I find the sound uninvolving and completely unflattering. Yeah, it's probably how it sounded coming off the console in the studio but if I mixed this album I would never want to hear it this way. That may strike you as odd but I much prefer the more detailed and larger presentation of all the previous LPs, CDs and SACD. It's almost unfortunate there's now a CD that presents this music in less than optimal light. If you're a fan of flat transfers and no compression how could you have ever liked the SACD or the remaster or the original Japanese pressing or the vinyl? You liked them because they all sounded fantastic due to Ted Jensen's mastering choices. When the mixes need help you have to know what tools to use and then you can't be afraid to actually use them. A predisposition against compression (one of the two major tools of a mastering engineer) will really handicap the sound. This album not only needed some compression to glue the mixes together but some top end EQ to clear up the mushy sound and give the mixes some much needed clarity. Why wasn't this done? The result is boxy, limp sounding drums, muffled vocals and a less than exciting, bland aural experience.

The AF 52nd Street also has a few technical issues that bother me. There is a lot of new tape damage resulting in several new tape dropouts, a few of which are quite intrusive and should've been fixed. The most noticeable damage is during Stiletto @ 2:26 and 2:30 and the intro of Half A Mile Away. No other version has these dropouts so you can easily fix it if you choose by editing in thse sections from older CDs (just remember to turn the bass and treble down significantly).

I'm also hearing some tape drag on a few songs. There are a few spots in My Life (:37 on the word Couldn't) but it's really noticeable on the intro of Zanzibar. Sounds like the adhesive baking of the tape was coming out and needed to be baked.

And get this, the start of the title track is chopped off. The count off of the song is actually at the end of Until The Night. Yup, the indexing is wrong. That's something even my intern knows how to do correctly. Why can't AF fix these things before they release their CDs? If you want to hear the song 52nd Street in its entirety you have to rewind your CD player a few seconds so you can hear Liberty count in the song before Billy starts. It's ridiculous this kind of thing keeps happening with $30 CDs.

Finally, I'm hearing that the left channel is somewhat muffled on several songs. I'm wondering if the Dolby decoder was aligned properly during mastering. Listen to the song 'Honesty' on headphones and you'll hear more clarity on the piano, acoustic guitar and strings from the right channel. I noticed this left channel muffling on several songs... Stiletto, Half A Mile Away, Honesty, etc...

Whether you like the less polished sound and flat, unsympathetic presentation is a personal choice but due to all these technical problems this AF CD of 52nd Street isn't the definitive version I was hoping for. This CD was a huge disappointment to me.
 Comments (11) | Permalink | Most recent comment: Mar 4, 2011 2:46 AM PST

#15

**Jamie Tate**
Post subject: [2010-12-14] Audio Fidelity 2010 gold CD audiophile remasters
Posted: Sat Nov 06, 2010 3:14 pm



**Just hangin' around**

Joined:      05 Mar 2009
**Posts:**    314
**Location:** Nashville, TN
**Bannings:** SH.tv

Dr. Chris Evil wrote:
I'm intrigued by Face Value, as I've never bought it on CD. But I'll wait until I hear some initial reveiews here based on AF's recent spotty track record.

Didn't Barry Diament do the mastering on the original CD...?

The story, as I understand, was the original CD is supposedly a flat copy. Barry heard it and thought he could improve upon the sound so his version was released as a secret remaster. It's a fantastic record so as long as the mastering engineer stays out of the way I'm guessing most any version will sound varying degrees of great.

So, if a mastering engineer just does a flat transfer without any further processing why doesn't the mix engineer get credit for mastering? Why is the mastering engineer's name now on the back cover artwork instead of the guy who recorded it? Is the guy who did absolutely nothing to the sound more important than the guy who was responsible for the recording and making

EXHIBIT
13

/ of 3

mastering (even when there is no EQ or other processing). Trying to "master" in the mix room will not yield the best results in the mastering room. They really are two different things.

Just my perspective of course.

Best regards
Barry
http://www.soundkeeperrecordings.com
http://www.barrydiamentaudio.com

Hey Barry,

I love when an album I mixed has tracks that remain untouched during mastering. The last couple #1 records I mixed were mastered flat. I'm very proud of that. And I'm all for the mastering engineer leaving my mixes alone as long as they work with the rest of the record. When a song comes off my console I think I've taken it to a place where it's a final product. If it needs to be turned up so the next song doesn't sound too loud that's not really something I could've known while mixing. The two mastering engineers who work on my stuff, Joe Palmaccio and Hank Williams, know when to leave things alone but they're not afraid to use all the tools at their disposal when something needs help. I've seen them have to get gear from the back room for the crappy mix on the album done by the producer on his laptop.

But why does adding .5dB @ 2k require such praise? I guess this all comes down to people on the interwebs not understanding the recording process. For example, the old MCA CD of Who's Next is now known as the SH mastering. All he did was play the tape directly into a 1630 recorder and place a couple PQ index points. Same goes for the recent James Taylor, Phil Collins, Billy Joel and numerous other new "remastered" CDs. It's easy to hear the Billy

Joel CD needed help. How much was paid for nothing to be done during mastering? I know it's none of my business but all this praise for doing nothing is silly. If playing music into a CD recorder is mastering then I do it every day yet I'm not a mastering engineer. I guess it takes somebody else to hit the play and record buttons to get that credit. ☺

**More homeopathic mastering from Steve Hoffman.**, December 2, 2010
By
**Joe Schmengidy** (Chicago, IL) - <u>See all my reviews</u>
**This review is from: Face Value (Audio CD)**
Hugh Padgham is a great recording engineer. Want to know how good he is? He recorded and mixed this album with such precision and expertise the remastering engineer who was supposed to remaster this $30 gold CD decided there was no need to do anything except push play and transfer (what I assume to be) a dub of the master tape into another digital recorder. They unhooked all the gear in the mastering studio so there's no EQ, compression or level adjustments... nada! No matter how much I appreciate restraint during mastering I'm a bit dismayed why Audio Fidelity keeps paying thousands of dollars for a mastering engineer to do nothing more than play a tape into digital converters. In the business we call that making a safety dub, not mastering. He should thank the higher power of his choice for the mastering credit displayed prominently on the back cover artwork. The majority of AF's recent and upcoming releases are flat transfers of tape copies (I don't know of any actual master tapes being used in quite a while now except for James Taylor). Shouldn't he at least add a quarter dB @ 6kHz like he used to so he can talk about adding more musicality and other flowery words to sell his non-mastering style? Heh.

This is a positive review though. This CD sounds fantastic by default. It's not the doing of the non-work of the mastering engineer or the mythical Kensai Audio Transformer or the gold color on the CD. All credit should go to Hugh Padgham. The back of the CD should read, "Flat transfer done by Stephen Marsh who was supervised by Steve Hoffman." And why did they leave Stephen Marsh's name off the CD? Hmm...

Now that we know all you have to do to get a mastering credit is

EXHIBIT
14



**One Man Dog (Gold CD)**
Price: $19.07
Availability: In Stock

21 used & new from
$16.10

5 of 10 people found the following review helpful:
★★★★☆ **Yet another flat transfer from Audio Fidelity.**, December 2, 2010
**This review is from: One Man Dog (Gold CD) (Audio CD)**
It seems to be Steve Hoffman's mastering style lately. This CD sounds
fantastic but that's due solely to the work of the recording and mix engineers.
How else would the remastering engineer get away with simply playing the
tape straight into Pro Tools without any processing? In the business that's
called making a safety dub.

The explanation on Steve's personal website said he did extensive "pre-
mastering homework perfecting my technique for the sound of my version of
the album." His version? WTF? HE DIDN'T DO ANYTHING!!! How does
bypassing all the gear in the mastering studio and plugging a tape machine
directly into a digital recorder allow him to take any type of ownership for
this album? Steve Hoffman's mastering is homeopathic.

The back of the CD should read, "Flat transfer done by Stephen Marsh who
was supervised by Steve Hoffman." What other mastering engineer masters
in tandem with another mastering engineer? And why was Stephen Marsh's
name left off the credits?

I'm giving this four stars because it does sound great and the album was
surprisingly interesting. Can't wait to see what "remastered" flat transfers
Steve Hoffman does in the future. :-/
Comments (6) | Permalink | Most recent comment: Dec 21, 2010 6:43 PM
PST

EXHIBIT
15

**More homeopathic mastering from Steve Hoffman.**, December 2, 2010
By
**Joe Schmengidy** (Chicago, IL) - See all my reviews
**This review is from: Face Value (Audio CD)**
Hugh Padgham is a great recording engineer. Want to know how good he is? He recorded and mixed this album with such precision and expertise. The remastering engineer who was supposed to remaster this $30 gold CD decided there was no need to do anything except push play and transfer (what I assume to be) a dub of the master tape into another digital recorder. They unhooked all the gear in the mastering studio so there's no EQ, compression or level adjustments... nada! No matter how much I appreciate restraint during mastering I'm a bit dismayed why Audio Fidelity keeps paying thousands of dollars for a mastering engineer to do nothing more than play a tape into digital converters. In the business we call that making a safety dub, not mastering. He should thank the higher power of his choice for the mastering credit displayed prominently on the back cover artwork. The majority of AF's recent and upcoming releases are flat transfers of tape copies (I don't know of any actual master tapes being used in quite a while now except for James Taylor). Shouldn't he at least add a quarter dB @ 6kHz like he used to so he can talk about adding more musicality and other flowery words to sell his non-mastering style? Heh.

This is a positive review though. This CD sounds fantastic by default. It's not the doing of the non-work of the mastering engineer or the mythical Kensai Audio Transformer or the gold color on the CD. All credit should go to Hugh Padgham. The back of the CD should read, "Flat transfer done by Stephen Marsh who was supervised by Steve Hoffman." And why did they leave Stephen Marsh's name off the CD? Hmm...

Now that we know all you have to do to get a mastering credit is

EXHIBIT
16

AMAZON

0 of 28 people found the following review helpful:
5.0 out of 5 stars **More homeopathic mastering from Steve Hoffman.**,
December 2, 2010
By
**Joe Schmengidy** (Chicago, IL) - See all my reviews
**This review is from: Face Value (Audio CD)**
Hugh Padgham is a great recording engineer. Want to know how good he is?
He recorded and mixed this album with such precision and expertise the
remastering engineer who was supposed to remaster this $30 gold CD
decided there was no need to do anything except push play and transfer
(what I assume to be) a dub of the master tape into another digital recorder.
They unhooked all the gear in the mastering studio so there's no EQ,
compression or level adjustments... nada! No matter how much I appreciate
restraint during mastering I'm a bit dismayed why Audio Fidelity keeps
paying thousands of dollars for a mastering engineer to do nothing more
than play a tape into digital converters. In the business we call that making a
safety dub, not mastering. He should thank the higher power of his choice
for the mastering credit displayed prominently on the back cover artwork.
The majority of AF's recent and upcoming releases are flat transfers of tape
copies (I don't know of any actual master tapes being used in quite a while
now except for James Taylor). Shouldn't he at least add a quarter dB @
6kHz like he used to so he can talk about adding more musicality and other
flowery words to sell his non-mastering style? Heh.

This is a positive review though. This CD sounds fantastic by default. It's
not the doing of the non-work of the mastering engineer or the mythical
Kensai Audio Transformer or the gold color on the CD. All credit should go
to Hugh Padgham. The back of the CD should read, "Flat transfer done by
Stephen Marsh who was supervised by Steve Hoffman." And why did they
leave Stephen Marsh's name off the CD? Hmm...

Now that we know all you have to do to get a mastering credit is push a play
button we should compile the names of people who play this CD so we can
have a complete list of people who should be credited for mastering this CD.
The back cover artwork will have to be updated to include all those names.
Wonder if we'll get paid thousands of dollars for our work too? I doubt it.
We didn't think to start a music forum with our names on the top of every
page.

EXHIBIT
17

Well, that's all I have to say about this CD. It's cool to hear a tape copy of the master tape played straight into Pro Tools even if it sounds almost identical the old Atlantic, Target and European CDs you probably already own. I'm going to go play it, erm, I mean "master" it again right after I finish posting this review. Hrumph!

| | |
|---|---|
| **Jamie Tate** | **Post subject:** [2011-09-06] Audio Fidelity 2011 gold CD audiophile remasters   ☐ Posted: Sat Sep 07, 2011 5:22 pm |



**Just hangin' around**

| | |
|---|---|
| **Joined:** | 05 Mar 2009 |
| **Posts:** | 336 |
| **Location:** | Nashville, TN |
| **Bannings:** | SH.tv |

> **DjBryan wrote:**
>
> I guess I don't want neutral, as mention from that place I'm banned from.

As a member of the banished club I don't think dull and lifeless is neutral either no matter how much we're told it is.

The ATC monitors Steve was using have always sounded bright and punchy to me. Maybe that's why we're getting such dark and mushy CDs... that's if he does anything beyond flat transfers anymore.

**Top**



EXHIBIT
18

IMWAW

**Jamie Tate** *Member*

Zippy said: ↑
Is it safe to assume that most titles from MFSL aren't flat transfers?
Audio ~~Fidelity is home to the flat transfer mastering~~. I find it funny
how they prominently display the mastering engineer's name on
the back cover even though he didn't do anything. I guess at some
point his name became a brand and they use it as advertisement
even though Stephen Marsh is doing what little work there is to be
done with a flat transfer.
Jamie Tate, Jun 17, 2011

EXHIBIT
19

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Margaret M. Morrow and the assigned discovery Magistrate Judge is Margaret A. Nagle.

The case number on all documents filed with the Court should read as follows:

## CV11- 7676 MMM (MANx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=====================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |
|---|---|---|

Failure to file at the proper location will result in your documents being returned to you.

Name & Address:
Allen Hyman, Esq. (SBN: 73371)
Law Offices of Allen Hyman
10737 Riverside Dr., North Hollywood, CA 91602
Tel: (818) 763-6289; Fax: (818) 763-4676
E-mail: lawoffah@aol.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MORADA MUSIC, LLC, a California limited liability company,

PLAINTIFF(S)

v.

JAMIE TATE, an individual

DEFENDANT(S).

CASE NUMBER

**CV11-07676** MMM (MANX)

**SUMMONS**

TO:   DEFENDANT(S): JAMIE TATE, an individual

A lawsuit has been filed against you.

Within  21  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney,  Allen Hyman, Esq.  , whose address is 10737 Riverside Dr., North Hollywood, CA 91602  . If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

SEP 16 2011

Dated: _____

Clerk, U.S. District Court

By: _____
        Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                                                     **SUMMONS**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| MORADA MUSIC, LLC, a California limited liability company | JAMIE TATE, an individual |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Allen Hyman, Esq.     Tel: (818) 763-6289 Law Offices of Allen Hyman 10737 Riverside Dr., North Hollywood, CA, 91602 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff    ☐ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant    ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☒ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes   ☒ No     ☒ **MONEY DEMANDED IN COMPLAINT: $** To be proven at trial.

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
U.S.C. Section 1332 (a)(1); California Civil Code Section 45; Libel and Trade Libel

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☒ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty ☐ 540 Mandamus/ | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | Other | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment ☐ 443 Housing/Acco- | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark **SOCIAL SECURITY** |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury- Product Liability | mmodations ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | **REAL PROPERTY** | ☐ 446 American with Disabilities - | ☐ 640 R.R. & Truck ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 210 Land Condemnation | Other | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 220 Foreclosure | ☐ 440 Other Civil Rights | ☐ 690 Other | **FEDERAL TAX SUITS** |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 230 Rent Lease & Ejectment | **IMMIGRATION** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment ☐ 240 Torts to Land | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus- Alien Detainee | | |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability ☐ 290 All Other Real Property | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | |

**CV11-07676**

FOR OFFICE USE ONLY:   Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No  ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
                              ☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
                              ☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
                              ☐ D.  Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Ventura County | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Tennessee |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
     **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Ventura County | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____  Date  September 15, 2011

     **Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings
     or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed
     but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |