ALLEN HYMAN, ESQ. (CBN: 73371)
LAW OFFICES OF ALLEN HYMAN
10737 Riverside Drive
North Hollywood, California 91602
Tel.: (818) 763-6289 or (323) 877-3405
Fax: (818) 763-4676
E-mail: lawoffah@aol.com

Attorneys for Plaintiff,
MORADA MUSIC, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORADA MUSIC, LLC, a California limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> JAMIE TATE, an Individual, <br><br> Defendant. | Case No. CV11-07676 MMM (MANx) <br><br> **STIPULATION PROVIDING FOR ENTRY OF A FINAL ORDER RESOLVING ALL MATTERS IN THIS CASE** |

The parties, plaintiff, Morada Music LLC, by and through its counsel, Allen Hyman, and Jamie Tate, in pro se, represent to the Court and Stipulate as follows:

1. On September 16, 2011, plaintiff Morada Music LLC ("MORADA") filed its complaint against Jamie Tate ("TATE"), which action is before this Court.

2. On September 21, 2011, MORADA served defendant Jamie Tate.

3. On September 26, 29011, MORADA filed a proof of service as to defendant TATE.

4. On October 24, 2011, MORADA, and TATE, submitted a stipulation providing for an Order by which defendant TATE would have up to, and including November 7, 2011 to file a response to MORADA's September 16, 2011, complaint.

5. MORADA, on the one hand, and TATE, on the other, represent to the Court that they have entered into a Settlement Agreement ("SA") that resolves all matters between them.

6. MORADA on the one hand, and TATE on the other, present to the Court, attached as Exhibit No. 1 to this Stipulation, a proposed order which provides: (a) for a permanent injunction as to defendant TATE; (b) for the Court to retain jurisdiction to interpret and enforce the settlement agreement between MORADA and TATE; and (c) for dismissal of the MORADA complaint with prejudice with each party to bear their own costs and attorneys fees.

7. Plaintiff MORADA and defendant TATE, respectfully request that the Court enter the (Proposed) Order attached as Exhibit No. 1, as a final resolution of this matter.

8. The parties respectfully represent to the Court that the entry of the Court Order is a condition precedent to the effectuation of the SA as between them.

9. The parties are mindful that even with regard to stipulation providing for entry of an Order, that the determination

///
///
///
///
///

of the Court to accept the Order rests with the discretion of the Court.

LAW OFFICES OF ALLEN HYMAN

Dated: Nov. 2, 2011          By: /s/ Allen Hyman
                                 Allen Hyman, Esq.
                                 Attorneys for Plaintiff JORADA
                                 MUSIC, LLC

Dated: Nov 1, 2011           /s/ Jamie Tate
                                 JAMIE TATE
                                 In pro se

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

        I am employed in the County of Los Angeles, State to the within action. My business address is 10737 Riverside Drive, North Hollywood, California 91602. of California. I am over the age of 18 and not a party

        On November 2, 2011, I served the foregoing document described as **STIPULATION PROVIDING FOR ENTRY OF A FINAL ORDER RESOLVING ALL MATTERS IN THIS CASE; (PROPOSED) FINAL ORDER PROVIDING FOR A PERMANENT INJUNCTION; AND A FINAL RESOLUTION OF THIS CASE** the parties in this action by placing a copy thereof enclosed in a sealed envelope addressed as follows:

                **Jamie Tate**
                **2741 Larmon Dr.**
                **Nashville, TN 37204**

[X]    (BY MAIL) to the addressees as indicated on the attached Service List, as follows: I am "readily familiar" with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at North Hollywood, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[ ]    (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the addressee as indicated on the attached service list.

[ ]    (BY FACSIMILE) I sent such document via facsimile to the offices of the addressees as indicated on the attached service list.

[ ]    (BY OVERNIGHT MAIL SERVICE) I caused such document to be delivered via Overnight Mail to the addressees as indicated on the attached service list.

[X]    **(FEDERAL)** I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on November 2, 2011, at North Hollywood, California.

                                          /s/ Allen Hyman
                                          Allen Hyman