ALLEN HYMAN, ESQ. (CBN: 73371)
LAW OFFICES OF ALLEN HYMAN
10737 Riverside Drive
North Hollywood, California 91602
Tel.: (818) 763-6289 or (323) 877-3405
Fax: (818) 763-4676
E-mail: lawoffah@aol.com

Attorneys for Plaintiff,
MORADA MUSIC, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORADA MUSIC, LLC, a California limited liability company,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMIE TATE, an Individual,<br><br>　　　　Defendant. | Case No. CV11-07676 MMM (MANx)<br><br>**(PROPOSED) FINAL ORDER PROVIDING FOR A PERMANENT INJUNCTION; AND A FINAL RESOLUTION OF THIS CASE** |

The Court finds and orders as follows:

On September 14, 2011, plaintiff Morada Music, LLC ("MORADA") filed this action against defendant Jamie Tate ("TATE") asserting claims for libel and trade libel.

The Court finds, that the parties have entered into a settlement agreement, which provides for entry of this Order as a final resolution of this matter.

### Permanent Injunctive Relief

Defendant Jamie Tate, his agents, servants, employees and attorneys, and other persons who are in active concert or

---

participation with Jamie Tate who receive notice of this order, are permanently enjoined from:

    (1)  Publishing on the Internet, or in any other media, any comments pertaining to, or reflecting on MORADA, or its trade name, Audio Fidelity ("M/AF"), concerning:

        (a)  M/AF's master engineering process; or

        (b)  M/AF's mastering or re-mastering process; or

        (c)  the nature of M/AF's mastering or re-mastering process; or

        (d)  the conduct of M/AF's engineers in their capacity or activities undertaken on behalf of M/AF in the mastering or re-mastering process; or from commenting upon,

        (e)  the nature or content of the source material utilized by M/AF to create its recordings.

    The Court finds that the parties by their settlement agreement as indicated by their stipulation submitted to the Court provides that the Court retains jurisdiction to interpret and enforce the settlement agreement as between the parties.

    Other than the entry of this permanent injunction, and this Court's retention of jurisdiction to enforce the settlement agreement between the parties, the Court as a final resolution of this matter dismisses plaintiff's complaint with prejudice,

///
///
///
///
///
///

and finds that each party is to bear their own costs and attorneys' fees.

DATED: _____

                                          U.S. DISTRICT COURT JUDGE

Submitted by:

_____
Allen Hyman, Esq.
Attorney for Plaintiff,
MORADA MUSIC, LLC